IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SCOTT M. SEIDEL, TRUSTEE; and GNET ATC, LLC<br><br>*Plaintiffs,*<br>v.<br><br>18920 NW 11th, LLC; JAMES GOODMAN; JAMES FRINZI; STEVEN ZAKHARYAYEV; EVELINA PINKASOVA; PEOPLE NQ INC.; JJC & PEOPLE LLC; GDMN FAMILY INVESTMENTS 2, LLC,<br><br>*Defendants.* | Case No. 22-31641-mvl-7<br><br><br><br>Adversary Proceeding No. 23-3072-mvl |

## **NOTICE OF APPEARANCE OF MICHAEL CANCIENNE**

PLEASE TAKE NOTICE that Defendants 18920 NW 11th, LLC; Steven Zakharyayev; and Evelina Pinkhasova (together, "the 18920 Defendants") provide notice that attorney Michael Cancienne is appearing counsel of record in this case. The 18920 Defendants respectfully request that copies of all pleadings, orders, notices, and other papers filed in this action be **electronically** provided to Mr. Cancienne as follows:

> Michael Cancienne
> State Bar No. 24055256
> Jordan Lynch & Cancienne PLLC
> 1980 Post Oak Blvd., Suite 2300
> Houston, Texas 77056
> Telephone: 713-955-4025
> Facsimile: 713-955-4793
> mcanceienne@jlcfirm.com

DATED: September 22, 2023                Respectfully submitted,

                                                   JORDAN, LYNCH & CANCIENNE PLLC

                                                   By:     *Joseph W. Golinkin II*
                                                       Michael Cancienne
                                                       State Bar No. 24055256
                                                       Joseph W. ("Jeb") Golinkin II
                                                       State Bar No. 24087596
                                                       1980 Post Oak Blvd., Suite 2300
                                                       Houston, Texas 77056
                                                       Telephone: 713-955-4025
                                                       Facsimile: 713-955-4793
                                                       mcancienne@jlcfirm.com
                                                       jgolinkin@jlcfirm.com


                                                ATTORNEYS FOR 18920 NW, LLC;
                                                STEVEN ZAKHARYAYEV; & EVELINA
                                                PINKHASOVA

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of May, 2023, a true and correct copy of the foregoing document was served on all counsel of record in accordance with the Texas Rules of Civil Procedure.

                                               /s/ *Joseph W. Golinkin II*
                                               Joseph W. Golinkin II