**JORDAN, LYNCH & CANCIENNE PLLC**
Michael Cancienne (SBN 24055256)
Joseph W. Golinkin II (SBN 24087596)
1980 Post Oak Blvd., Ste. 2300
Houston, Texas 77056
Telephone: 713.955.4028

*Counsel for Steven Zakharyayev*
*And Evelina Pinkashova*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SCOTT M. SEIDEL, TRUSTEE; and GNET ATC, LLC<br><br>*Plaintiffs,*<br>v.<br>18920 N 11th, LLC; JAMES GOODMAN; JAMES FRINZI; STEVEN ZAKHARYAYEV; EVELINA PINKASOVA; PEOPLE NQ INC.; JJC & PEOPLE LLC; GDMN FAMILY INVESTMENTS 2, LLC,<br><br>*Defendants.* | Case No. 22-31641-mvl-7<br><br><br><br>Adversary Proceeding No. 23-03072-mvl |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held on Defendants Steven Zakharyayev and Evelina Pinkhasova's Motion to Dismiss (ECF 7) on November 8, 2023, at 9:30 a.m. (prevailing Central Time) before the Honorable Michelle V. Larson at 1100 Commerce Street, 14th Floor Courtroom, Dallas, Texas 75242.

Respectfully submitted,

JORDAN, LYNCH & CANCIENNE PLLC

By: *s/ Jeb Golinkin*
　　Michael Cancienne
　　State Bar No. 24046330
　　Joseph ("Jeb") W. Golinkin II
　　State Bar No. 24087596
　　1980 Post Oak Blvd., Ste. 2300
　　Houston, Texas 77056
　　713-955-4020 (Telephone)
　　713-955-9644 (Fax)
　　mcancienne@jlcfirm.com
　　jgolinkin@jlcfirm.com

ATTORNEYS FOR STEVEN ZAKHARYAYEV AND EVELINA PINKASHOVA

## CERTIFICATE OF SERVICE

　　I hereby certify that on this 16th day of October, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all counsel of record in this case.

　　　　　　　　　　*/s/ Jeb Golinkin*
　　　　　　　　　　Joseph W. Golinkin II