Randall A. Pulman – State Bar No. 16393250
Leslie Sara Hyman – State Bar No. 00798274
Anna K. MacFarlane – State Bar No. 24116701
**PULMAN CAPPUCCIO & PULLEN, LLP**
2161 NW Military Hwy., Suite 400
San Antonio, Texas 78213
Telephone: (210) 222-9494
Facsimile: (210) 892-1610
rpulman@pulmanlaw.com
lhyman@pulmanlaw.com
**COUNSEL FOR
GOODMAN DEFENDANTS**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: § | | CASE NO. 22-31641-MVL-7 |
| § | | |
| GOODMAN NETWORKS, INC., § | | |
| § | | |
| DEBTOR. § | | CHAPTER 7 |

| | | |
|---|---|---|
| SCOTT M. SEIDEL, TRUSTEE, AND § | | |
| GNET ATC, LLC, § | | |
| § | | |
| PLAINTIFFS § | | |
| § | | |
| v. § | | ADVERSARY NO. 23-03072 |
| § | | |
| 18920 NW 11TH, LLC; JAMES GOODMAN; § | | |
| JAMES FRINZI; STEVEN ZAKHARYAYEV; § | | |
| EVELINA PINKHASOVA; PEOPLE NQ, INC.; § | | |
| JJC & PEOPLE LLC; AND GDMN FAMILY § | | |
| INVESTMENTS 2, LLC § | | |
| § | | |
| DEFENDANTS § | | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

Please take notice that Anna K. MacFarlane, of the firm of Pulman, Cappuccio & Pullen, LLP, counsel for Defendants James Goodman, People NQ, Inc., JJC & People, LLC, and GDMN Family Investments 2, LLC (herein, collectively, the "Goodman Defendants"), hereby request,

1

pursuant to Fed. R. Bankr. P. 2002, 9010, BLR 2001, 11 U.S.C. § 1101, *et seq.*, and all other applicable bankruptcy statutes and rules, that any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations and orders, or other documents filed or entered in this proceeding, be transmitted to:

**Anna K. MacFarlane**
PULMAN, CAPPUCCIO & PULLEN, LLP
2161 NW Military Highway, Suite 400
San Antonio, Texas  78213
(210) 222-9494 Telephone / (210) 892-1610 Facsimile
amacfarlane@pulmanlaw.com

Please take further notice that the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or information, written or oral, and by whatever method transmitted or conveyed or otherwise filed or made with regard to the above-captioned adversary proceeding and any and all proceedings therein.

This Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of the rights of James Goodman, People NQ, Inc., JJC & People, LLC, and GDMN Family Investments 2, LLC (i) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (iv) to any other rights, claims, actions, setoffs, or recoupments to which the Goodman Defendants are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated November 27, 2023

Respectfully submitted,
**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

By: */s/ Anna K. MacFarlane*
 Randall A. Pulman
 Texas State Bar No. 16393250
 rpulman@pulmanlaw.com
 Leslie Sara Hyman
 Texas State Bar No. 00798274
 lhyman@pulmanlaw.com
 Anna K. MacFarlane
 Texas State Bar No. 24116701
 amacfarlane@pulmanlaw.com

**ATTORNEYS FOR DEFENDANTS JAMES GOODMAN, PEOPLE NQ, INC., JJC & PEOPLE, LLC, AND GDMN FAMILY INVESTMENTS 2, LLC**

3

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 27, 2023, the foregoing will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

***Via CM/ECF** drukavina@munsch.com*
Davor Rukavina
Munsch, Hardt, Kopf & Harr
500 N. Akard Street, Ste 3800
Dallas, TX 75201-6659

***Via CM/ECF:** jgolinkin@jlcfirm.com*
Joseph Webster Golinkin, II
Jordan, Lynch & Cancienne PLLC
1980 Post Oak Blvd. Ste 2300
Houston, TX 77056

***Via CM/ECF** jason.rudd@wickphillips.com*
Jason M. Rudd
Wick Phillips Gould & Martin LLP
3131 McKinney Ave. Ste 500
Dallas, TX 75204

/s/   Anna K. MacFarlane
Anna K. MacFarlane

4886-5403-2019, v. 1