Davor Rukavina, Esq.
Texas Bar No. 24030781
Julian P. Vasek, Esq.
Texas Bar No. 24070790
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 4000
Dallas, Texas 75201
Telephone: (214) 855-7500

ATTORNEYS FOR SCOTT M. SEIDEL, TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: § § GOODMAN NETWORKS, INC., § § Debtor. § § | § § § § § § § | Case No. 22-31641-mvl-7 (Chapter 7) |
| SCOTT M. SEIDEL, TRUSTEE; GNET ATC, LLC; MULTIBAND FIELD SERVICES, INC., Plaintiffs, v. 18290 NW 11th, LLC, *et. al.*, Defendants. | § § § § § § § § § § § § § § | ADVERSARY PROCEEDING NO: 23-03072-mvl |

**TRUSTEE'S AGREED MOTION FOR ENTRY OF AMENDED SCHEDULING ORDER**

TO THE HONORABLE MICHELLE V. LARSON, U.S. BANKRUPTCY JUDGE:

COMES NOW Scott M. Seidel, Trustee, the plaintiff in this Adversary Proceeding, and files this his *Agreed Motion for Entry of Amended Scheduling Order* (the "Motion"), respectfully stating as follows:

1. With the Court's recent entry of an order on certain of the defendants' motion to dismiss, and the Trustee's filing of his amended complaint, all parties to this Adversary Proceeding have conferred as to all scheduling matters and have agreed on the proposed form of amended

TRUSTEE'S AGREED MOTION FOR ENTRY OF AMENDED SCHEDULING ORDER—Page 1

scheduling order, attached hereto as uploaded concurrently herewith, as contemplated as an alternative scheduling order in the Court's present scheduling order.

WHEREFORE, PREMISES CONSIDERED, the Trustee respectfully requests that the Court enter the proposed agreed scheduling order submitted and uploaded herewith.

RESPECTFULLY SUBMITTED this 29th day of February, 2024.

        **MUNSCH HARDT KOPF & HARR, P.C.**

        By: /s/ Davor Rukavina
            Davor Rukavina, Esq.
            Texas Bar No. 24030781
            Julian P. Vasek, Esq.
            Texas Bar No. 24070790
            500 N. Akard Street, Suite 3800
            Dallas, Texas 75202-2790
            Telephone: (214) 855-7500
            Facsimile: (214) 978-4375
            drukavina@munsch.com

        **ATTORNEYS FOR SCOTT M. SEIDEL, TRUSTEE**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that he discussed the relief requested herein with all counsel for all parties to this Adversary Proceeding, and that they agree to the same, as evidenced by their signatures to the proposed agreed order submitted herewith.

        By: /s/ Davor Rukavina
            Davor Rukavina, Esq.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 29th day of February, 2024, true and correct copies of this motion were electronically served by the Court's ECF system on all parties to this Adversary Proceeding through their counsel of record.

        By: /s/ Davor Rukavina
            Davor Rukavina, Esq.