

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 1, 2024**

_____
**United States Bankruptcy Judge**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | Case No. 22-31641-mvl-7 |
| GOODMAN NETWORKS, INC., | § § § | (Chapter 7) |
| Debtor. | § § | |
| SCOTT M. SEIDEL, TRUSTEE; GNET ATC, LLC; MULTIBAND FIELD SERVICES, INC., | § § § § § | ADVERSARY PROCEEDING NO: 23-03072-mvl |
| Plaintiffs, | § § | |
| v. | § § | |
| 18290 NW 11th, LLC, *et. al.*, | § § § | |
| Defendants. | § | |

## AGREED SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, and the parties' agreement as reflected herein, the Court issues the following scheduling order to supersede any prior scheduling order entered in this proceeding:

**IT IS ORDERED THAT:**

AGREED SCHEDULING ORDER—Page 1

1. Docket call for this Adversary Proceeding will be held on the Court's **February, 2025** trial docket call day, tentatively estimated at February 4, 2025 at 1:15 p.m., but the parties are directed to obtain the precise setting once the Court issues its 2025 calendar.

2. Trial of this Adversary Proceeding will be held during the Court's trial week for **February, 2025**, tentatively estimated at February 10, 2025, but the parties are directed to obtain the precise setting once the Court issues its 2025 calendar.

3. Parties shall complete fact discovery on or before **September 20, 2024**. Expert discovery shall be completed by **November 30, 2024**. Discovery must be served promptly enough to permit timely response by the other party. Parties may, by agreement, continue discovery beyond this deadline without further order of this Court.

4. Non-expert initial disclosures are waived.

5. Parties shall exchange names, addresses and reports of experts for trial on or before **September 30, 2024**.

6. Rebuttal expert reports shall be exchanged on or before **October 18, 2024**.

7. All dispositive motions shall be filed and served on all other parties on or before **November 1, 2024**. Responses shall be filed and served on all other parties not later than 21 days of the service of the motion. Any replies shall be filed and served on all other parties not later than 7 days of the service of the response.

8. Except for impeachment documents, all exhibits, along with a list of witnesses to be called, shall be exchanged with all other parties no later than **January 31, 2025**. All exhibits not objected to in writing by Docket Call shall be admitted into evidence at trial without further proof, except for objections to relevance. Written objections to exhibits will be taken up either at the beginning or during the course of the actual trial or at any pretrial conference.

9.      On or before **January 31, 2025**, a Joint Pretrial Order in compliance with Local District Court Rule 16.4 shall be filed, served, and uploaded for Court entry. All parties are responsible for preparing the Joint Pretrial Order, which shall contain the following: (a) a summary of the claims and defenses of each party; (b) a statement of stipulated facts; (c) a list of the contested issues of fact; (d) a list of contested issues of law; (e) an estimate of the length of trial; (f) a list of additional matters which would aid in the disposition of the case; and (g) the signature of each attorney.

10.     On or before **January 31, 2025**, the parties shall file proposed findings of fact and conclusions of law.

11.     On or before **January 31, 2025**, the parties shall file trial briefs addressing contested issues of law.

12.     This Order, and each party's agreement to this Order, is wholly without prejudice to all issues concerning the Court's core or non-core jurisdiction, or the lack thereof, or the lack of any consent to this Court's entry of final judgment, or to any motion for withdrawal of the reference, and all rights, issues, objections, defenses, and arguments concerning any of the foregoing are preserved and may be asserted by each party as is otherwise appropriate notwithstanding the entry of this Order; *provided, however,* that any motion for the withdrawal of the reference should be filed no later than **August 23, 2024**, but, if filed thereafter, or if not granted prior to trial, the Court shall proceed to trial without prejudice to any reference withdrawal issue and, if the Court or the District Court determines that this Court's jurisdiction is not core, then this Court shall make a report and recommendation to the District Court as is otherwise appropriate if the District Court has not by then entered an order providing otherwise (or unless a party obtains a stay from any court pending the same).

# # # END OF ORDER # # #

**AGREED:**

| | |
|---|---|
| **MUNSCH HARDT KOPF & HARR P.C.**<br><br>/s/ Davor Rukavina<br>Davor Rukavina, Esq.<br>Texas Bar No. 24030781<br>500 North Akard St., Ste. 3800<br>Dallas, Texas 75201<br>Telephone: (214) 855-7500<br>drukavina@munsch.com<br><br>**ATTORNEYS FOR THE PLAINTIFFS** | /s/ Jason M. Rudd (*w/ permission*)<br>Jason M. Rudd, Tex. Bar No. 24028786<br>Paul T. Elkins, Tex. Bar No. 24092383<br>**WICK PHILLIPS GOULD & MARTIN, LLP**<br>3131 McKinney Avenue, Suite 500<br>Dallas, TX 75204<br>Phone: (214) 692-6200<br>Fax: (214) 692-6255<br><br>**COUNSEL FOR DEFENDANT JAMES FRINZI** |
| **PULMAN, CAPPUCCIO & PULLEN, LLP**<br><br>2161 NW Military Highway, Suite 400<br>San Antonio, Texas 78213<br>www.pulmanlaw.com<br>(210) 222-9494 Telephone<br>(210) 892-1610 Facsimile<br>By: /s/ Anna MacFarlane (w/ permission)<br>    Randall A. Pulman<br>    Texas State Bar No. 16393250<br>    rpulman@pulmanlaw.com<br>    Leslie Sara Hyman<br>    Texas State Bar No. 00798274<br>    lhyman@pulmanlaw.com<br><br>**ATTORNEYS FOR DEFENDANTS JAMES GOODMAN, PEOPLE NQ, INC., JJC & PEOPLE, LLC, AND GDMN FAMILY INVESTMENTS 2, LLLC** | **JORDAN, LYNCH & CANCIENNE PLLC**<br><br>By: /s/ Michael Cancienne<br>Michael Cancienne<br>State Bar No. 24046330<br>Joseph ("Jeb") W. Golinkin II<br>State Bar No. 24087596<br>1980 Post Oak Blvd., Ste. 2300<br>Houston, Texas 77056<br>713-955-4020 (Telephone)<br>713-955-9644 (Fax)<br>mcancienne@jlcfirm.com<br>jgolinkin@jlcfirm.com<br><br>**ATTORNEYS FOR 18920 NW 11th, LLC, STEVEN ZAKHARYAYEV AND EVELINA PINKASHOVA** |