**JORDAN, LYNCH & CANCIENNE PLLC**
Michael Cancienne (SBN 24055256)
Joseph W. Golinkin II (SBN 24087596)
1980 Post Oak Blvd., Ste. 2300
Houston, Texas 77056
Telephone: 713.955.4025

*Counsel for Steven Zakharyayev*
*And Evelina Pinkhasova*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SCOTT M. SEIDEL, TRUSTEE; and GNET ATC, LLC<br><br>*Plaintiffs,*<br>v.<br><br>18920 N 11th, LLC; JAMES GOODMAN; JAMES FRINZI; STEVEN ZAKHARYAYEV; EVELINA PINKHASOVA; PEOPLE NQ INC.; JJC & PEOPLE LLC; GDMN FAMILY INVESTMENTS 2, LLC,<br><br>*Defendants.* | Case No. 22-31641-mvl-7<br><br><br><br><br>Adversary Proceeding No. 23-03072-mvl |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Court on has scheduled a hearing on **April 24, 2024 at 9:30 a.m.** to consider *Defendants Steven Zakharyayev and Evelina Pinkashova's Partial Motion to Dismiss Plaintiffs' Amended Complaint* [Docket No. 28].

The hearing will be held in person before the Honorable Michelle V. Larson, United States Bankruptcy Court for the Northern District of Texas, 1100 Commerce Street, 14th Floor, Courtroom No. 2, Dallas, Texas 75242.

Respectfully submitted,

JORDAN, LYNCH & CANCIENNE PLLC

By: *s/ Michael Cancienne*
    Michael Cancienne
    State Bar No. 24046330
    Joseph ("Jeb") W. Golinkin II
    State Bar No. 24087596
    1980 Post Oak Blvd., Ste. 2300
    Houston, Texas 77056
    713-955-4020 (Telephone)
    713-955-9644 (Fax)
    mcancienne@jlcfirm.com
    jgolinkin@jlcfirm.com

    ATTORNEYS FOR STEVEN ZAKHARYAYEV AND EVELINA PINKASHOVA

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all counsel of record in this case.

    */s/ Michael Cancienne*
    Michael Cancienne