**IN THE UNITED STATES BANKRUPCTY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 22-31641-mv-7 |
| GOODMAN NETWORKS, INC. | § | |
| | § | (Chapter 7) |
| Debtor. | § | |
| | § | |
| SCOTT M. SIEDEL, TRUSTEE; and GNET ATC, LLC; | § | |
| | § | |
| | § | ADVERSARY PROCEEDING |
| Plaintiff(s), | § | NO: 23-03072-mvl |
| | § | |
| v. | § | |
| | § | |
| 18920 NW 11th, LLC; JAMES GOODMAN; JAMES FRINZI; STEVEN ZAKHARYAYEV; EVELINA PINKHASOVA; PEOPLE NQ INC.; JJC & PEOPLE LLC; GDMN FAMILY INVESTMENTS 2, LLC, | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| Defendant(s). | § | |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Wick Phillips Gould & Martin, LLP ("WPGM") files this Unopposed Motion to Withdraw as Counsel (the "Motion") for Defendant James Frinzi ("Mr. Frinzi").

1.      WPGM seeks to withdraw from representing Mr. Frinzi in this case. WPGM is owed substantial fees under its engagement letter.

2.      Pursuant to Local Bankruptcy Rule 2091-1, Mr. Frinzi agrees to WPGM's withdrawal and executed this Motion below. Mr. Frinzi has not retained successor counsel and the contact information is as follows:

   a.  Name: Mr. James Frinzi

   b.  Address: 3736 Bee Cave Road, Suite 1164 Austin, Texas 78746

    c.  Telephone Number: (202) 430-4500

3.      This request to withdraw is not made for purposes of delay.

WHEREFORE, WPGM respectfully requests this Court to (i) grant the Motion (ii) enter the proposed order attached as **Exhibit A** to permit WPGM to withdraw as counsel to Mr. Frinzi (iii) and grant WPGM such other and further relief to which it may be justly entitled, both at law and equity.

Executed: _____
        James Frinzi

Dated: April 23, 2024             Respectfully submitted,

                       */s/ Jason M. Rudd*
                       Jason M. Rudd, Tex. Bar No. 24028786
                       Paul T. Elkins, Tex. Bar No. 24092383
                       **WICK PHILLIPS GOULD & MARTIN, LLP**
                       3131 McKinney Avenue, Suite 500
                       Dallas, TX 75204
                       Phone: (214) 692-6200
                       Fax: (214) 692-6255
                       Email:  jason.rudd@wickphillips.com
                             paul.elkins@wickphillips.com

                       **COUNSEL FOR DEFENDANT JAMES FRINZI**

## CERTIFICATE OF CONFERENCE

Local Bankruptcy Rule 7007-1, I hereby certify that on April 18, 2024, I conferred by phone with Davor Rukavina, Counsel for Scott Seidel, Chapter 7 Trustee and Plaintiff.  The Trustee does not oppose this Motion.

                       */s/ Jason M. Rudd*
                       Jason M. Rudd

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2024, I electronically filed the foregoing with the clerk of the court using the CM/ECF system and have served a copy of the same to the following parties or their counsel via the method(s) indicated below:

| | | |
|---|---|---|
| Davor Rukavina | | |
| Thomas D. Berghman | _____ | Hand Delivery |
| **MUNSCH HARDT KOPF & HARR, P.C.** | _____ | Regular Mail |
| 3800 Ross Tower | _____ | Facsimile |
| 500 N. Akard Street | _____ | E-mail |
| Dallas, TX 75201 | __X__ | CM/ECF |

**Counsel for the Scott Seidel, Chapter 7 Trustee**

| | | |
|---|---|---|
| | _____ | Hand Delivery |
| **James Frinzi** | __X__ | Regular Mail |
| 3736 Bee Cave Road, Suite 1164 | _____ | Facsimile |
| Austin, Texas 78746 | __X__ | E-mail |
| James@frinzi.net | _____ | CM/ECF |

*/s/ Jason M. Rudd*
Jason M. Rudd

**EXHIBIT A**
**Proposed Order**

**IN THE UNITED STATES BANKRUPCTY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 22-31641-mv-7 |
| GOODMAN NETWORKS, INC. | § | |
| | § | (Chapter 7) |
| Debtor. | § | |
| | § | |
| SCOTT M. SIEDEL, TRUSTEE; and GNET ATC, LLC; | § | |
| | § | |
| | § | ADVERSARY PROCEEDING |
| Plaintiff(s), | § | NO: 23-03072-mvl |
| | § | |
| v. | § | |
| | § | |
| 18920 NW 11th, LLC; JAMES GOODMAN; JAMES FRINZI; STEVEN ZAKHARYAYEV; EVELINA PINKHASOVA; PEOPLE NQ INC.; JJC & PEOPLE LLC; GDMN FAMILY INVESTMENTS 2, LLC, | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| Defendant(s). | § | |

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Came on consideration the Unopposed Motion to Withdraw as Counsel, filed by Wick

Phillips Gould & Martin, LLP ("WPGM"), in the above-captioned case. The Court, having

jurisdiction to consider the Motion and relief requested therein, finds that proper notice of the

1

Motion has been provided and good cause exists to permit WPGM to withdraw as counsel for Defendant James Frinzi ("Mr. Frinzi"). Therefore, it is hereby:

ORDERED that the Motion is GRANTED; it is further

ORDERED that the Clerk of this Court and all parties are directed to remove WPGM as counsel for Mr. Frinzi on the docket and any applicable service list, including the Court's CM/ECF electronic notification list, maintained in the Bankruptcy Case.

ORDERED Mr. Frinzi may be contacted as follows: 3736 Bee Cave Road, Suite 1164 Austin, Texas 78746, James@frinzi.net.

# # # END OF ORDER # # #

PREPARED AND SUBMITTED BY:

Jason M. Rudd, Tex. Bar No. 24028786
Paul T. Elkins, Tex. Bar No. 24092383
WICK PHILLIPS GOULD & MARTIN, LLP
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
Facsimile: (214) 692-6255
jason.rudd@wickphillips.com
paul.elkins@wickphillips.com