

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

*Michelle V. Larson*

**Signed April 25, 2024**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITES STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re:<br><br>GOODMAN NETWORKS, INC.,<br><br>Debtor. | §<br>§<br>§<br>§<br>§ | Case No. 22-31641-mvl7<br>(Chapter 7) |
| SCOTT M. SEIDEL, TRUSTEE, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>18920 NW 11TH, LLC, *et al.*,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Adv. No. 23-03072-mvl |

## ORDER DENYING MOTION TO DISMISS

CAME ON FOR HEARING on the 24th day of April, 2024, the *Defendants Steven Zakharyayev's and Evelina Pinkhasova's Partial Motion to Dismiss Plaintiffs' Amended Complaint* [docket no. 28] (the "<u>Motion</u>"), filed by defendants Steven Zakharyayev and Evelina Pinkhasova. Having considered the Motion, the response thereto, and the arguments of counsel, and for the reasons read into the record at said hearing, it is hereby:

ORDERED that the Motion is DENIED.

### END OF ORDER ###