BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Seidel et al v. 18920 NW 11th, LLC et al<br>DEBTOR | [33] Motion to withdraw as attorney (Wick Phillips Gould & Martin, LLP) filed by Defendant James Frinzi | Case #<br>23−03072−mvl |

**TYPE OF HEARING**

Wick Phillips Gould & Martin LLP

**PLAINTIFF / MOVANT**

*VS*

**DEFENDANT / RESPONDENT**

Jason M. Rudd

**ATTORNEY**

**ATTORNEY**

**EXHIBITS**

WICKS PHILLIPS EXHIBITS 1 & 2 (SEE DKT [38]).

| Hawaii Jeng | 5/1/2024 | Michelle V. Larson |
|---|---|---|
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |