Davor Rukavina, Esq.
Texas Bar No. 24030781
Julian P. Vasek, Esq.
Texas Bar No. 24070790
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 4000
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

ATTORNEYS FOR
SCOTT M. SEIDEL, TRUSTEE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| In re: | § | |
|---|---|---|
| | § | |
| GOODMAN NETWORKS, INC., | § | Case No. 22-31641-mvl7 |
| | § | (Chapter 7) |
| Debtor. | § | |
| | § | |
| SCOTT M. SEIDEL, TRUSTEE, *et al.*, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Adv. No. 23-03072-mvl |
| v. | § | |
| | § | |
| 18920 NW 11TH, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that the Court has set a hearing (the "**Hearing**") for **July 23, 2024, at 2:00 p.m.** (prevailing Central Time) on the *Trustee's Motion to Compel Written Discovery Responses and Production of Documents From 18920 NW 11th, LLC, Steven Zakharyayev, and Evelina Pinkhasova* [Docket No. 49] (the "Motion").

The Hearing will be held in person before the Honorable Michelle V. Larson, United States Bankruptcy Court for the Northern District of Texas, 1100 Commerce Street, 14th Floor, Courtroom #2, Dallas, TX 75242.

**RESPECTFULLY SUBMITTED** this 25th day of June, 2024.

        **MUNSCH HARDT KOPF & HARR, P.C.**

        By: */s/ Julian Vasek*
            Davor Rukavina, Esq.
            Texas Bar No. 24030781
            Julian P. Vasek, Esq.
            Texas Bar No. 24070790
            500 North Akard St., Ste. 4000
            Dallas, Texas 75201
            Telephone: (214) 855-7500
            Facsimile: (214) 978-4375
            drukavina@munsch.com
            jvasek@munsch.com

        **ATTORNEYS FOR SCOTT M. SEIDEL, TRUSTEE**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 25th day of June, 2024, true and correct copies of this Notice were electronically served by the Court's ECF system on parties entitled to notice in this case, including counsel for 18920 NW 11th, LLC, Steven Zakharyayev, and Evelina Pinkhasova.

        By: */s/ Julian Vasek*
            Julian Vasek