Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
Julian P. Vasek, Esq.
Texas Bar No. 24070790
Conor P. White, Esq.
Texas Bar No. 24125722
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 4000
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

ATTORNEYS FOR
SCOTT M. SEIDEL, TRUSTEE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: § § GOODMAN NETWORKS, INC., § § Debtor. § | | Case No. 22-31641-mvl7 (Chapter 7) |
| SCOTT M. SEIDEL, TRUSTEE, *et al.*, § § Plaintiff, § § v. § § 18920 NW 11TH, LLC, *et al.*, § § Defendants. § | | Adv. No. 23-03072-mvl |

## NOTICE OF AMENDED DISCOVERY RESPONSES

**PLEASE TAKE NOTICE** that, on July 19, 2024, 18920 NW 11th, LLC, Steven Zakharyayev, and Evelina Pinkhasova (together, the "Discovery Defendants") served upon the Trustee amended responses to the Trustee's first set of discovery requests which are the subject of the Trustee's *Motion to Compel Written Discovery Responses and Production of Documents from 18920 NW 11th, LLC, Steven Zakharyayev, and Evelina Pinkhasova* [Docket No. 49] currently set for hearing on July 23, 2024 at 2:00 p.m., along with a supplemental document production.

**PLEASE TAKE FURTHER NOTICE** that, for the Court's review, copies of the Discovery Defendants' amended discovery responses and redlines comparing the changes made to the amended responses are attached hereto, as follows:

1. *Defendant 18920 N 11th, LLC's First Amended Objections and Responses to Trustee's First Set of Requests for Production*

2. Redline comparing *Defendant 18920 N 11th, LLC's Objections and Responses to Trustee's First Set of Requests for Production* with *Defendant 18920 N 11th, LLC's First Amended Objections and Responses to Trustee's First Set of Requests for Production*

3. *Defendant 18920 NW 11th, LLC's First Amended Objections and Responses to Trustee's First Set of Interrogatories*

4. Redline comparing *Defendant 18920 N 11th, LLC's Objections and Responses to Trustee's First Set of Interrogatories* with *Defendant 18920 NW 11th, LLC's First Amended Objections and Responses to Trustee's First Set of Interrogatories*

5. *Defendant Steven Zakharyayev's First Amended Objections and Responses to Trustee's First Set of Requests for Production*

6. Redline comparing *Defendant Steven Zakharyayev's Objections and Responses to Trustee's First Set of Requests for Production* with *Defendant Steven Zakharyayev's First Amended Objections and Responses to Trustee's First Set of Requests for Production*

7. *Defendant Steven Zakharyayev's First Amended Objections and Responses to Trustee's First Set of Interrogatories*

8. Redline comparing *Defendant Steven Zakharyayev's Objections and Responses to Trustee's First Set of Interrogatories* with *Defendant Steven Zakharyayev's First Amended Objections and Responses to Trustee's First Set of Interrogatories*

9. *Defendant Evelina Pinkhasova's First Amended Objections and Responses to Trustee's First Set of Requests for Production*

10. Redline comparing *Defendant Evelina Pinkhasova's Objections and Responses to Trustee's First Set of Requests for Production* with *Defendant Evelina Pinkhasova's First Amended Objections and Responses to Trustee's First Set of Requests for Production*

11. *Defendant Evelina Pinkhasova's First Amended Objections and Responses to Trustee's First Set of Interrogatories*

12. Redline comparing *Defendant Evelina Pinkhasova's Objections and Responses to Trustee's First Set of Interrogatories* with *Defendant Evelina Pinkhasova's First Amended Objections and Responses to Trustee's First Set of Interrogatories*

Dated: July 22, 2024

                                        **MUNSCH HARDT KOPF & HARR, P.C.**

                              By:   */s/ Conor White*
                                        Davor Rukavina, Esq.
                                        Texas Bar No. 24030781
                                        Thomas D. Berghman, Esq.
                                        Texas Bar No. 24082683
                                        Julian P. Vasek, Esq.
                                        Texas Bar No. 24070790
                                        Conor P. White, Esq.
                                        Texas Bar No. 24125722
                                        500 North Akard St., Ste. 4000
                                        Dallas, Texas 75201
                                        Telephone: (214) 855-7500
                                        Facsimile: (214) 978-4375
                                        drukavina@munsch.com
                                        tberghman@munsch.com
                                        jvasek@munsch.com
                                        cwhite@munsch.com

                                        **ATTORNEYS FOR**
                                        **SCOTT M. SEIDEL, TRUSTEE**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 22nd day of July, 2024, true and correct copies of this document were electronically served by the Court's ECF system on parties entitled to notice thereof, including counsel for the Defendants.

                                        By: */s/ Conor White*
                                               Conor P. White, Esq.