Randall A. Pulman
State Bar No. 16393250
Anna K. MacFarlane
State Bar No. 24116701
**PULMAN CAPPUCCIO & PULLEN, LLP**
2161 NW Military Hwy., Suite 400
San Antonio, Texas  78213
Telephone: (210) 222-9494
Facsimile: (210) 892-1610
rpulman@pulmanlaw.com
amacfarlane@pulmanlaw.com

**COUNSEL FOR JAMES GOODMAN,** *et al.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: § | | CASE NO. 22-31641-MVL-7 |
| § | | |
| GOODMAN NETWORKS, INC., § | | |
| § | | |
| DEBTOR. § | | CHAPTER 7 |

| | | |
|---|---|---|
| SCOTT M. SEIDEL, TRUSTEE, AND § | | |
| GNET ATC, LLC, § | | |
| PLAINTIFFS § | | |
| § | | |
| V. § | | ADVERSARY NO. 23-03072 |
| § | | |
| 18920 NW 11TH, LLC; ET AL., § | | |
| DEFENDANTS § | | |

| | | |
|---|---|---|
| SCOTT M. SEIDEL, TRUSTEE, § | | |
| PLAINTIFF § | | |
| § | | |
| V. § | | ADVERSARY NO. 23-03090-MVL |
| § | | |
| HUDSON CLEAN ENERGY ENTERPRISES, LLC; ET § | | |
| AL., § | | |
| DEFENDANTS § | | |

1

| | | |
|---|---|---|
| SCOTT M. SEIDEL, TRUSTEE, AND GNET ATC, LLC,<br>    PLAINTIFFS<br><br>v.<br><br>GENESIS NETWORKS GLOBAL SERVICES, LLC; AND JAMES GOODMAN,<br>    DEFENDANTS | § § § § § § § § § § | ADVERSARY NO. 24-03022 |

| | | |
|---|---|---|
| SCOTT M. SEIDEL, TRUSTEE,<br>    PLAINTIFF<br><br>v.<br><br>SYMBIONT VENTURES, LLC,<br>    DEFENDANT | § § § § § § § § § | ADVERSARY NO. 24-03054-MVL |

## NOTICE OF HYBRID HEARING ON
## MOTION TO CONSOLIDATE FOR PRETRIAL MATTERS

PLEASE TAKE NOTICE that the Court has set a Hybrid Hearing for **November 25, 2024 at 9:30 a.m. prevailing Central Time** to consider Defendants James Goodman's, People NQ, Inc.'s, JJC & People, LLC's, GDMN Family Investments 2, LLC's, Symbiont Ventures, LLC f/k/a Goodman Investment Holdings, LLC's, and Genesis Networks Global Services, LLC's *Motion to Consolidate for Pretrial Matters* [Adv. Dkt. 82 in 23-03072, Adv. Dkt.58 in 23-03090, Adv. Dkt. 11 in 24-03022, and Adv. Dkt. No. 7 in 24-03054].

This hearing will be held in person and remotely via WeEx before the Honorable Michelle V. Larson, U.S. Bankruptcy Court for the Northern District of Texas, 1100 Commerce Street, Courtroom No. 2, 14th Floor, Dallas, Texas 75242. The Webex videoconference information is as follows:

2

**For WebEx Video Participation/Attendance**:

Link: https://us-courts.webex.com/meet/larson

For WebEx Telephonic Only Participation/Attendance:

Dial-In: 1.650.479.3207

Access code: 2301 476 1957

A copy of Judge Larson's WebEx instructions is attached hereto.

        Respectfully submitted,

        **PULMAN, CAPPUCCIO & PULLEN, LLP**
        2161 NW Military Highway, Suite 400
        San Antonio, Texas 78213
        www.pulmanlaw.com
        (210) 222-9494 Telephone
        (210) 892-1610 Facsimile

        By: */s/ Randall A. Pulman*
            Randall A. Pulman
            Texas State Bar No. 16393250
            rpulman@pulmanlaw.com
            Anna K. MacFarlane
            Texas State Bar No. 24116701
            amacfarlane@pulmanlaw.com

        **ATTORNEYS FOR JAMES E. GOODMAN, PEOPLE NQ, INC., JJC & PEOPLE, LLC, GDMN FAMILY INVESTMENTS 2, LLC, SYMBIONT VENTURES, LLC F/K/A GOODMAN INVESTMENT HOLDINGS, LLC, AND GENESIS NETWORKS GLOBAL SERVICES, LLC**

**CERTIFICATE OF SERVICE**

      I certify that on the 9th day of October, 2024, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of this filing to the following counsel of record in the above-referenced cases:

**Adv 23-03072**

Scott M. Seidel
Chapter 7 Trustee
6505 W. Park Blvd., Suite 306
Plano, TX 75093
scott@scottseidel.com

Davor Rukavina
Julian Preston Vasek
Conor White
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard St. Ste. 4000
Dallas, TX 75201
drukavina@munsch.com
jvasek@munsch.com
cwhite@munsch.com

Michael A Cancienne
Joseph Webster Golinkin, II
Jordan, Lynch & Cancienne PLLC
1980 Post Oak Ste 2300
Houston, TX 77056
mcancienne@jlcfirm.com
jgolinkin@jlcfirm.com

Eric M. English
Porter Hedges LLP
1000 Main Street 36th Floor
Houston, TX 77002
eenglish@porterhedges.com

Paul T. Elkins
Wick Phillips Gould & Martin, LLP
100 Throckmorton St Ste 1500
Fort Worth, TX 76102
paul.elkins@wickphillips.com

**Adv 23-03090**

Scott M. Seidel
Chapter 7 Trustee
6505 W. Park Blvd., Suite 306
Plano, TX 75093
scott@scottseidel.com

Davor Rukavina
Julian Preston Vasek
Thomas Daniel Berghman
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard St. Ste. 4000
Dallas, TX 75201
drukavina@munsch.com
jvasek@munsch.com
tberghman@munsch.com

Michael A Cancienne
Joseph Webster Golinkin, II
Jordan, Lynch & Cancienne PLLC
1980 Post Oak Ste 2300
Houston, TX 77056
mcancienne@jlcfirm.com
jgolinkin@jlcfirm.com

Eric M. English
Porter Hedges LLP
1000 Main Street 36th Floor
Houston, TX 77002
eenglish@porterhedges.com

Paul T. Elkins
Wick Phillips Gould & Martin, LLP
100 Throckmorton St Ste 1500
Fort Worth, TX 76102
paul.elkins@wickphillips.com

Jason M. Rudd
Wick Phillips Gould & Martin LLP
3131 McKinney Ave. Ste 500
Dallas, TX 75204
jason.rudd@wickphillips.com

4891-1468-4909, v. 1

Philip Michael Guffy
Hunton Andrews Kurth LLP
600 Travis Street Suite 4200
Houston, TX 77002
pguffy@huntonak.com

Keith Miles Aurzada
Reed Smith LLP
2850 N. Harwood St., Ste 1500
Dallas, TX 75201
kaurzada@reedsmith.com

**Adv 24-03022**

Scott M. Seidel
Chapter 7 Trustee
6505 W. Park Blvd., Suite 306
Plano, TX 75093
scott@scottseidel.com

Conor White
Jacob J. King
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard St. Ste. 4000
Dallas, TX 75201
cwhite@munsch.com
jking@munsch.com

**Adv 24-03054**

Conor White
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard St. Ste. 4000
Dallas, TX 75201
cwhite@munsch.com


                                                    */s/ Randall A. Pulman*
                                                    Randall A. Pulman

4891-1468-4909, v. 1

# WebEx Hearing Instructions
## Judge Michelle V. Larson

Pursuant to Clerk's Notice 2024-01 issued by the Court on May 14, 2024, certain hearings before Judge Michelle V. Larson will be conducted by WebEx videoconference.

**For WebEx Video Participation/Attendance**:

Link:    https://us-courts.webex.com/meet/larson

Meeting Number: 23014761957

**For WebEx Telephonic Only Participation/Attendance**:

Dial-In: 1.650.479.3207
Access code: 2301 476 1957

**Participation/Attendance Requirements:**

- Counsel and other parties in interest who plan to actively participate in the hearing are encouraged to attend the hearing in the WebEx video mode using the WebEx video link above. Counsel and other parties in interest who will not be seeking to introduce any evidence at the hearing and who wish to attend the hearing in a telephonic only mode may attend the hearing in the WebEx telephonic only mode using the WebEx dial-in and meeting ID above.

- Attendees should join the WebEx hearing at least 10 minutes prior to the hearing start time. Please be advised that a hearing may already be in progress. During hearings, participants are required to keep their lines on mute at all times that they are not addressing the Court or otherwise actively participating in the hearing. **The Court reserves the right to disconnect or place on permanent mute any attendee that causes any disruption to the proceedings**. For general information and tips with respect to WebEx participation and attendance, please see Clerk's Notice 20-04: https://www.txnb.uscourts.gov/sites/txnb/files/hearings/Webex%20Information%20and%20Tips_0.pdf

- **Unless the Court orders otherwise, witnesses are required to attend the hearing in the WebEx video mode and live testimony will only be accepted from witnesses who have the WebEx video function activated**. Telephonic testimony without accompanying video will not be accepted by the Court.

- All WebEx hearing attendees are required to comply with Judge Larson's Telephonic and Videoconference Hearing Policy (included within Judge Larson's Judge-Specific Guidelines): https://www.txnb.uscourts.gov/content/judge-michelle-v-larson-0

**Exhibit Requirements**:

- Any party intending to introduce documentary evidence at the hearing must file an exhibit list in the case prior to the hearing, with a true and correct copy of each designated exhibit filed as a separate, individual attachment thereto so that the Court and all participants have ready access to all designated exhibits.

- If the number of pages of such exhibits exceeds 100, then such party must also deliver two (2) sets of such exhibits in exhibit binders to the Court by no later than twenty-four (24) hours in advance of the hearing.

**Notice of Hearing Content and Filing Requirements:**

IMPORTANT: For all hearings that will be conducted by WebEx only:

- The Notice of Hearing filed in the case and served on parties in interest must: (1) provide notice that the hearing will be conducted by WebEx videoconference only, (2) provide notice of the above WebEx video participation/attendance link, and (3) attach a copy of these WebEx Hearing Instructions or provide notice that they may be obtained from Judge Larson's hearing/calendar site: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-larson-hearing-dates

- When electronically filing the Notice of Hearing via CM/ECF select "at https://us-courts.webex.com/meet/larson" as the location of the hearing (note: this option appears immediately after the first set of Wichita Falls locations). Do <u>not</u> select Judge Larson's Dallas courtroom as the location for the hearing.

- **Notice to Members of the Public.** While the Judicial Conference of the United States relaxed its broadcasting policies during the COVID-19 Pandemic due to restrictions placed on in-person attendance at hearings and trials, these policies will expire and no longer be in effect after September 21, 2023. As a result, after September 21, 2023, remote ***video*** access to Court hearings shall ***only be available for case participants*** (parties-in-interest and their professionals) and non-case participants are not permitted to attend any hearing by remote *video* means. In certain circumstances, non-case participants may be permitted to attend proceedings by remote *audio* means, but only if no witness testimony is to be provided. The presiding judge may take any action deemed necessary or appropriate to address any unauthorized remote attendance at a hearing or trial. For the avoidance of doubt, members of the public will continue to generally be permitted to attend proceedings in person, in the courtroom.