

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

*Michelle V. Larson*

**Signed October 22, 2024**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 22-31641-mvl7 |
| GOODMAN NETWORKS, INC., | § | (Chapter 7) |
| | § | |
| Debtor. | § | |
| | § | |
| SCOTT M. SEIDEL, TRUSTEE, *et al.*, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Adv. No. 23-03072-mvl |
| v. | § | |
| | § | |
| 18920 NW 11TH, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### AGREED ORDER GRANTING IN PART AND DENYING IN PART TRUSTEE'S MOTION TO COMPEL WRITTEN DISCOVERY RESPONSES AND PRODUCTION OF DOCUMENTS FROM JAMES GOODMAN, GDMN FAMILY INVESTMENTS 2, LLC, PEOPLE NQ, INC., AND JJC & PEOPLE, LLC

CAME ON FOR HEARING on October 9, 2024 (the "Hearing"), the *Trustee's Motion to Compel Written Discovery Responses and Production of Documents from James Goodman, GDMN Family Investments 2, LLC, People NQ, Inc., and JJC & People, LLC* [Docket No. 67]

(the "Motion"), filed on August 27, 2024, by Scott M. Seidel (the "Trustee"), the duly-appointed chapter 7 trustee of Goodman Networks, Inc., and plaintiff in the above-styled and captioned adversary proceeding (the "Adversary Proceeding"), pursuant to which the Trustee sought to compel James Goodman ("Goodman"), GDMN Family Investments 2, LLC ("GDMN"), People NQ, Inc. ("People"), and JJC & People, LLC ("JJC," and together with Goodman, GDMN, and People, the "Discovery Defendants") to answer particular interrogatories and produce documents pursuant to his requests for interrogatories (each individually an "Interrogatory," and together the "Interrogatories") requests for production (each individually an "RFP," and together the "RFPs") served upon the Discovery Defendants on April 19, 2024, as more particularly set out in the Motion and the *Brief in Support of Trustee's Motion to Compel Written Discovery Responses and Production of Documents from James Goodman, GDMN Family Investments 2, LLC, People NQ, Inc., and JJC & People, LLC* [Docket No. 67-1] (the "Brief"). The Discovery Defendants served their answers to the RFPs and Interrogatories on June 7, 2024.

The Discovery Defendants served amended responses to the Trustee's Interrogatories and RFPs on September 9, 2024, but did not serve amended Interrogatory responses for JJC and provided no additional discovery in connection with the amended responses. On September 26, 2024, the Discovery Defendants filed their *James Goodman, People NQ, Inc., JJC & People, LLC, and GDMN Family Investments 2, LLC's Response to Trustee's Motion to Compel Written Discovery Responses and Production of Documents from James Goodman, GDMN Family Investments 2, LLC, People NQ, Inc., and JJC & People, LLC* [Docket No. 81] (the "Response").

Upon consideration of the relief requested in the Motion and the Brief, the opposition set out by the Discovery Defendants in their Response, and based upon the arguments, representations, and agreements of counsel at the Hearing, finding that service and notice of the Motion was sufficient,

lawful, and appropriate as required by the Federal Rules of Bankruptcy Procedure, and for the reasons more particularly set out in the Court's oral ruling at the Hearing, it is hereby:

ORDERED that the Motion is GRANTED IN PART and DENIED IN PART; it is further

ORDERED that the Defendants' objections to the RFPs on the basis of relevance and overbreadth are hereby overruled; it is further

ORDERED that Goodman's objections to the RFPs on the basis of privilege, to the extent applicable, are hereby sustained; it is further

ORDERED that Goodman's remaining objections to RFP Numbers 5, 8, 9, 11, and 12 are hereby overruled; it is further

ORDERED that GDMN's objections to the RFPs on the basis of privilege, to the extent applicable, are hereby sustained; it is further

ORDERED that GDMN's remaining objections to RFP Numbers 13, 14, and 16 are hereby overruled; it is further

ORDERED that People's objections to the RFPs on the basis of privilege, to the extent applicable, are hereby sustained; it is further

ORDERED that People's remaining objections to RFP Numbers 1, 2, 3, 13, 14, and 16 are hereby overruled; it is further

ORDERED that JJC's objections to RFP Numbers 1 and 2 are hereby overruled; it is further

ORDERED that the Discovery Defendants are to produce a privilege log to the Trustee, to the extent not already provided, to comport with this Order's rulings on the subject RFPs no later than fourteen (14) days from entry of this Order; it is further

ORDERED that GDMN shall amend its responses to Interrogatory Numbers 4 and 7 and serve the amended responses on the Trustee no later than October 23, 2024; it is further

ORDERED that JJC shall amend its responses to Interrogatory Numbers 2 through 22 and serve the amended interrogatory responses to the Trustee no later than October 23, 2024; it is further

ORDERED that, to the extent not specifically addressed in this Order, the Trustee's requested relief in the Motion is otherwise denied as moot; it is further

ORDERED that the Court shall retain jurisdiction to the maximum extent possible to interpret and enforce this Order; it is further

ORDERED that this Order is effective immediately upon its entry.

# # # END OF ORDER # # #

**AGREED AS TO SUBSTANCE AND TO FORM:**

| **MUNSCH HARDT KOPF & HARR, P.C.** | **PULMAN, CAPPUCCIO & PULLEN, LLP** |
|---|---|
| By: */s/ Conor White* <br> Davor Rukavina, Esq. <br> Texas Bar No. 24030781 <br> Julian P. Vasek, Esq. <br> Texas Bar No. 24070790 <br> Conor P. White, Esq. <br> Texas Bar No. 24125722 <br> 500 North Akard St., Ste. 4000 <br> Dallas, Texas 75201 <br> Telephone: (214) 855-7500 <br> Facsimile: (214) 978-4375 <br> drukavina@munsch.com <br> jvasek@munsch.com <br> cwhite@munsch.com <br><br> **ATTORNEYS FOR SCOTT M. SEIDEL, TRUSTEE** | By: */s/ Anna MacFarlane* <br> Randall A. Pulman, Esq. <br> Texas Bar No. 16393250 <br> Anna K. MacFarlane, Esq. <br> Texas Bar No. 24116701 <br> 2161 NW Military Highway, Suite 400 <br> San Antonio, Texas 78213 <br> Telephone: (210) 222-9494 <br> Facsimile: (210) 892-1610 <br> rpulman@pulmanlaw.com <br> amacfarlane@pulmanlaw.com <br><br> **ATTORNEYS FOR JAMES E. GOODMAN, PEOPLE NQ, INC., JJC & PEOPLE, LLC, AND GDMN FAMILY INVESTMENTS 2, LLC** |