Message

| | |
|---|---|
| **From:** | Anthony Rao [arao@raogc.com] |
| **Sent:** | 1/28/2022 7:03:13 PM |
| **To:** | steven@stevenzlaw.com |
| **CC:** | James Goodman [james.goodman@genesisnet.com] |
| **Subject:** | Re: Goodman - Preferred share purchase |
| **Attachments:** | Goodman - Seventh A and R Shareholders Agmt (06.01.20).pdf; GNET - Joinder to Seventh A&R Shareholder's Agreement, 4849-8125-1530_3.docx; GNET Transfer Packet - Executed011520.pdf; GNET_ Summary of Stock Transfer Procedures [Final as of May 31, 2017]_16....pdf; Medallian Guarantee Waiver GNE LLC.pdf; Medallian Guarantee Waiver People NQ .pdf; Medallian Guarantee Waiver JJC & People .pdf; Medallian Guarantee Waiver GDMN 2.pdf |

Please see the attached (7th SHA, Joinder, Summary of Transfer Procedure, sample share transfer).

I also sent James Medallion Waivers for entities owning Goodman shares for AST. They also are attached. James please advise if you are good with the medallion waivers.

---

**From:** "steven@stevenzlaw.com" <steven@stevenzlaw.com>
**Date:** Wednesday, January 26, 2022 at 6:17 PM
**To:** Anthony Rao <arao@raogc.com>
**Subject:** RE: Goodman - Preferred share purchase

Got it. Can James provide the shareholder agreement so we can fill in the fields in this AST form?


**Steven Zakharyayev, Esq.**

**Law Offices of Steven Zakharyayev**
10 West 37th St, #602, New York, NY 10018
**T** 954-604-4222
**E** Steven@StevenZLaw.com

**New York  ●  New Jersey  ●  Florida**

**From:** Anthony Rao <arao@raogc.com>
**Sent:** Wednesday, January 26, 2022 5:50 PM
**To:** steven@stevenzlaw.com
**Subject:** Re: Goodman - Preferred share purchase

I don't have any access to anything James owns. I was the GC at Goodman Networks but left in August. I know his ownership amounts listed on the last Cap Table I have, but I have no other documentation. I don't understand what preferred templates means as all stock purchases went through AST with a signature on a shareholder agreement joinder. I can send you a sample. Going through AST should be very simple.

Anthony Rao


On Jan 26, 2022, at 5:27 PM, steven@stevenzlaw.com wrote:


If you have preferred templates, I can work off of those documents. Also, can you send the underlying documents that show Mr. Goodman's interest/ownership in the preferred shares.

Trustee's

J

APP0089

CONFIDENTIAL                                                                                                          18920-0000119

**Steven Zakharyayev, Esq.**

**Law Offices of Steven Zakharyayev**
10 West 37th St, #602, New York, NY 10018
T 954-604-4222
E Steven@StevenZLaw.com

**New York ● New Jersey ● Florida**

---

**From:** Anthony Rao <arao@raogc.com>
**Sent:** Wednesday, January 26, 2022 5:06 PM
**To:** steven@stevenzlaw.com
**Cc:** james.goodman <james.goodman@genesisnet.com>; Cathy Kincy <cathy.kincy@genesisnet.com>
**Subject:** Re: Goodman - Preferred share purchase

Hello Steven.

Al prior pref transactions have been through AST using its documentation. What can I help you with at this stage?

Anthony Rao


On Jan 26, 2022, at 4:49 PM, steven@stevenzlaw.com wrote:


Thanks James.

Hi Tony,

Call me when you can. You can reach me direct at 954-604-4222.

**Steven Zakharyayev, Esq.**

**Law Offices of Steven Zakharyayev**
10 West 37th St, #602, New York, NY 10018
T 954-604-4222
E Steven@StevenZLaw.com

**New York ● New Jersey ● Florida**

---

**From:** james.goodman <james.goodman@genesisnet.com>
**Sent:** Wednesday, January 26, 2022 4:40 PM
**To:** steven@stevenzlaw.com
**Cc:** james.goodman <james.goodman@genesisnet.com>; Cathy Kincy <cathy.kincy@genesisnet.com>; Anthony Rao <arao@raogc.com>
**Subject:** Re: Goodman - Preferred share purchase

Steve,

I'm spending allot of time explaining things to my lawyers and slowing this down, sorry. To help me get this done I have asked Tony Rao to help me since he is familiar with the bonds and can expedite this process

James

APP0090

CONFIDENTIAL                                                                                                                                  18920-0000120

On Jan 26, 2022, at 9:47 AM, steven@stevenzlaw.com wrote:

Hi James,

Sounds good.  Please send over the proposed agreements when you can.

Thanks,

**Steven Zakharyayev, Esq.**

**Law Offices of Steven Zakharyayev**
10 West 37th St, #602, New York, NY 10018
**T** 954-604-4222
**E** Steven@StevenZLaw.com

**New York  ●  New Jersey  ●  Florida**

**From:** james.goodman <james.goodman@genesisnet.com>
**Sent:** Tuesday, January 25, 2022 7:42 PM
**To:** steven@stevenzlaw.com; 'Cramer, Jason' <jcramer@winstead.com>
**Cc:** Cathy Kincy <cathy.kincy@genesisnet.com>
**Subject:** Re: Goodman - Preferred share purchase

Steven,

I have a agreement we can send you.

James Goodman

**From:** steven@stevenzlaw.com <steven@stevenzlaw.com>
**Sent:** Monday, January 24, 2022 12:49:13 PM
**To:** 'Cramer, Jason' <jcramer@winstead.com>
**Cc:** james.goodman <james.goodman@genesisnet.com>
**Subject:** RE: Goodman - Preferred share purchase

Hi Jason,

Let me know if you have the underlying documents for Mr. Goodman's shares.  I can draft up the transfer documents or if you have a preferred template, I can work from that.

Thanks,

**Steven Zakharyayev, Esq.**

**Law Offices of Steven Zakharyayev**
10 West 37th St, #602, New York, NY 10018
**T** 954-604-4222
**E** Steven@StevenZLaw.com

CONFIDENTIAL

APP0091

18920-0000121

New York ● New Jersey ● Florida

**From:** steven@stevenzlaw.com <steven@stevenzlaw.com>
**Sent:** Friday, January 21, 2022 4:26 PM
**To:** 'james.goodman' <james.goodman@genesisnet.com>
**Cc:** 'Cramer, Jason' <jcramer@winstead.com>
**Subject:** RE: Goodman - Preferred share purchase

Hi Jason,

Nice to meet you. My contact info is below.

**Steven Zakharyayev, Esq.**

**Law Offices of Steven Zakharyayev**
10 West 37th St, #602, New York, NY 10018
**T** 954-604-4222
**E** Steven@StevenZLaw.com

New York ● New Jersey ● Florida

**From:** james.goodman <james.goodman@genesisnet.com>
**Sent:** Friday, January 21, 2022 3:59 PM
**To:** steven@stevenzlaw.com
**Cc:** Cramer, Jason <jcramer@winstead.com>
**Subject:** Re: Goodman - Preferred share purchase

Steven,

Thanks for reaching out, I have copied Jason with Winstead to help me with this.

James Goodman

**From:** steven@stevenzlaw.com <steven@stevenzlaw.com>
**Sent:** Friday, January 21, 2022 10:54 AM
**To:** james.goodman
**Subject:** Goodman - Preferred share purchase

Mr. Goodman,

I represent the purchaser for the preferred shares. Do you have a shareholder agreement for the shares?

**Steven Zakharyayev, Esq.**

**Law Offices of Steven Zakharyayev**
10 West 37th St, #602, New York, NY 10018
**T** 954-604-4222
**E** Steven@StevenZLaw.com

APP0092

CONFIDENTIAL                                                                                                          18920-0000122

**New York** • **New Jersey** • **Florida**

APP0093

CONFIDENTIAL

18920-0000123