**Message**

**From:** James Frinzi [james@frinzi.net]
**Sent:** 3/10/2022 4:42:35 PM
**To:** Steven Zakharyayev [steven@stevenzlaw.com]
**CC:** 18920NW@gmail.com
**Subject:** Re: 18920 NW and GNET - Settlement Agreement

Looks good to me.

James Frinzi
3736 Bee Cave Road
STE 1164
Austin, TX 78746
James@frinzi.net

---

**From:** Steven Zakharyayev <steven@stevenzlaw.com>
**Sent:** Thursday, March 10, 2022 10:40:38 AM
**To:** James Frinzi <james@frinzi.net>
**Cc:** 18920NW@gmail.com <18920NW@gmail.com>
**Subject:** Re: 18920 NW and GNET - Settlement Agreement

All,

Per our conversation, I drafted the proposed stock transfer agreement for the parties.

Will circulate via Docusign.

Let me know if you have any comments or revisions.

Steven

On Thu, Mar 10, 2022 at 11:22 AM James Frinzi <james@frinzi.net> wrote:
Confirmed.

James Frinzi
3736 Bee Cave Road
STE 1164
Austin, TX 78746
James@frinzi.net

**From:** Steven Zakharyayev <steven@stevenzlaw.com>
**Sent:** Thursday, March 10, 2022 8:53:26 AM
**To:** James Frinzi <james@frinzi.net>
**Cc:** 18920NW@gmail.com <18920NW@gmail.com>
**Subject:** Re: 18920 NW and GNET - Settlement Agreement



To clarify, in exchange for the proposed note, 18920 NW shall transfer the shares to GNET. GNET shall retain all rights arising from the shares including redemption rights.

I will circulate a proposed share transfer agreement from 18920 to GNET. Please allow 30 days to deliver the shares to GNET as there may be processing delays with the transfer agent.

Trustee's
S
APP0190
18920-0000413

Thank you.

On Wed, Mar 9, 2022 at 11:19 PM James Frinzi <james@frinzi.net> wrote:
Confirmed

James Frinzi
3736 Bee Cave Road
STE 1164
Austin, TX 78746
James@frinzi.net

**From:** steven@stevenzlaw.com <steven@stevenzlaw.com>
**Sent:** Wednesday, March 9, 2022 9:48:27 PM
**To:** James Frinzi <james@frinzi.net>; 18920NW@gmail.com <18920NW@gmail.com>
**Subject:** 18920 NW and GNET - Settlement Agreement

Hello,

As a follow up to our call, the parties have agreed to settle 18920 NW 11th LLC's demand for redemption and other rights entitled to it via a promissory note in the amount of $50,000,000 at 8% interest per annum with a maturity date of one year from the effective date.

Please find proposed note drafted on behalf of both 18920 NW 11th LLC and Goodman Networks Inc.

Unless the parties have any objections, I will circulate a proposed copy for execution.

Steven

--



**Steven Zakharyayev**
Managing Attorney, Law Offices Of Steven Zakharyayev
(954) 604-4222 | steven@stevenzlaw.com
Address: 10 W. 37th St., #602, New York, NY 10018



**Steven Zakharyayev**
Managing Attorney, Law Offices Of Steven Zakharyayev
(954) 604-4222 | steven@stevenzlaw.com
Address: 10 W. 37th St., #602, New York, NY 10018

APP0192
18920-0000415