**Message**

**From:** James Frinzi [james@frinzi.net]
**Sent:** 3/10/2022 7:28:35 PM
**To:** Steven Zakharyayev [steven@stevenzlaw.com]; 18920NW@gmail.com
**Subject:** RE: Settlement

What's the name of the account?

**From:** Steven Zakharyayev <steven@stevenzlaw.com>
**Sent:** Thursday, March 10, 2022 11:48 AM
**To:** James Frinzi <james@frinzi.net>; 18920NW@gmail.com
**Subject:** Re: Settlement

> Wire instructions
>
> Bank Account info below:
> Name: 18920 NW 11th LLC
> Address: 2719 Hollywood Blvd, Hollywood, FL 33020
> Routing: 021200339
> Account # 381 056 749 953

On Thu, Mar 10, 2022 at 12:47 PM Steven Zakharyayev <steven@stevenzlaw.com> wrote:

All,

As a follow up, the parties have agreed to settle the obligations of the promissory note as follows:

  i. Assignee (18920) shall release Assignor (GNET) of all obligations arising from the 18920 Note.
  ii. Assignor (GNET) shall deliver to Assignee (18920) $14,500,000. ("Settlement Payment")
  iii. Assignor shall divide 50% of its interest in the AMRR Note and deliver a promissory note to Assignee in the amount of $22,000,000 payable from AMRR to Assignee.
  iv. Assignor shall transfer and Assign all rights and interests in the Trademarks.
  v. Assignor shall transfer and Assign all rights and interests in the Licensing Agreement.

Proposed agreement is attached.

--



Steven Zakharyayev
Managing Attorney, Law Offices Of Steven Zakharyayev
(954) 604-4222 | steven@stevenzlaw.com
Address: 10 W. 37th St., #602, New York, NY 10018



EXHIBIT
6
9/13/2024



Trustee's
V

--

CONFIDENTIAL

APP0307
18920-0000454



**Steven Zakharyayev**
Managing Attorney, Law Offices Of Steven Zakharyayev
(954) 604-4222 | steven@stevenzlaw.com
Address: 10 W. 37th St., #602, New York, NY 10018

CONFIDENTIAL

APP0308
18920-0000455