Davor Rukavina, Esq.
Texas Bar No. 24030781
Conor P. White, Esq.
Texas Bar No. 24125722
500 N. Akard Street, Suite 4000
Dallas, Texas  75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
drukavina@munsch.com
cwhite@munsch.com
COUNSEL FOR SCOTT M. SEIDEL,
CHAPTER 7 TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: § § GOODMAN NETWORKS, INC., § §   Debtor. § § | | Case No. 22-31641-mvl-7  (Chapter 7) |
| SCOTT M. SEIDEL, TRUSTEE; and GNET ATC, LLC, §§§§§§  Plaintiffs, §§ v. §§§ 18920 NW 11th, LLC; JAMES GOODMAN; STEVEN ZAKHARYAYEV; EVELINA PINKHASOVA; PEOPLE NQ INC.; JJC & PEOPLE LLC; GDMN FAMILY INVESTMENTS 2, LLC, §§§§§§§§§  Defendants. §§ | | ADVERSARY PROCEEDING NO:  23-03072-mvl |

**AMENDED APPENDIX IN SUPPORT OF TRUSTEE'S MOTION FOR PARTIAL
SUMMARY JUDGMENT AGAINST 18920 NW 11TH, LLC**

COMES NOW Scott M. Seidel (the "Trustee"), the plaintiff in this Adversary Proceeding, and files this his *Amended Appendix In Support of Trustee's Motion for Partial Summary Judgment Against 18920 NW 11th, LLC* (the "Appendix"), respectfully stating as follows:

Pursuant to Local Rule, the Trustee offers the following documents, testimony, and evidence in support of his *Trustee's Motion for Partial Summary Judgment Against 18920 NW 11th, LLC*:

| Tab | Description | Range |
|---|---|---|
| A | GDMN Share Purchase Agreement (Zakharyayev Depo Exh. 14) | APP0001-14 |
| B | JJC&P Share Purchase Agreement (Zakharyayev Depo Exh. 13) | APP0015-28 |
| C | People Share Purchase Agreement (Zakharyayev Depo Exh. 12) | APP0029-42 |
| D | Redemption Notice (Zakharyayev Depo Exh. 3) | APP0043 |
| E | Cover E-mail for Redemption Notice (Zakharyayev Depo Exh. 2) | APP0044 |
| F | E-mail string (Zakharyayev Depo Exh. 11) | APP0045-55 |
| G | Declaration of William Roberts (With Expert Report Attached) | APP0056-80 |
| H | 18920-0000052-55 | APP0081-84 |
| I | 18920-0000170-73 | APP0085-88 |
| J | 18920-0000119-123 | APP0089-93 |
| K | Seventh Amended and Restated Shareholder Agreement | APP0094-123 |
| L | 18920 Second Amended Interrogatory Responses | APP0124-133 |
| M | Zakharyayev Second Amended Interrogatory Responses | APP0134-142 |
| N | Pinkhasova Second Amended Interrogatory Responses | APP0143-149 |
| O | James Goodman Amended Interrogatory Responses | APP0150-158 |
| P | JJC & People Amended Interrogatory Responses | APP0159-168 |
| Q | GDMN Family Amended Interrogatory Responses | APP0169-178 |
| R | People NQ Amended Interrogatory Responses | APP0179-189 |
| S | E-mail string (Zakharyayev Depo Exh. 4) | APP0190-192 |
| T | ARRIS Solutions Joinder to Involuntary | APP0193-283 |
| U | ARRIS Original Petition | APP0284-306 |
| V | E-mail chain March 10, 2022 (Zakharyayev Depo Exh. 6) | APP0307-308 |
| W | Share Purchase Agreement (Zakharyayev Depo Exh. 5) | APP0309-325 |
| X | Settlement Agreement (Zakharyayev Depo Exh. 16) | APP0326-329 |
| Y | Zakharyayev Deposition Transcript (9/13/24) | APP0330-778 |
| Z | Pinkhasova Deposition Transcript (9/13/24) | APP0779-822 |
| AA | Certified Copy of Sixth Amended and Restated Cert. of Formation | APP0823-839 |
| BB | Excerpts of Anthony Rao Deposition (with Exhibit 25 thereto) | APP0840-870 |
| CC | All March, 2022 Bank and Other Statements | APP0871-924 |
| DD | Affidavit of Courtney Keen | APP0925-926 |
| EE | Declaration of Gavin Wilkinson | APP0927-928 |
| FF | Declaration of Davor Rukavina | APP0929-933 |
| GG | Declaration of Scott M. Seidel | APP0934-936 |

RESPECTFULLY SUBMITTED this 6th day of February, 2025.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Davor Rukavina*
    Davor Rukavina, Esq.
    Texas Bar No. 24030781
    Conor P. White, Esq.
    Texas Bar No. 24125722
    500 N. Akard Street, Suite 4000
    Dallas, Texas  75201-6659
    Telephone: (214) 855-7500
    Facsimile: (214) 855-7584
    Email: drukavina@munsch.com
    Email: cwhite@munsch.com

**COUNSEL FOR SCOTT SEIDEL,
CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the 6th day of February, 2025, true and correct copies of this document, with all exhibits referenced herein, were served via the Court's CM/ECF system on the following counsel for the defendants:

Michael A Cancienne on behalf of Defendants 18920 NW 11th, LLC, Evelina Pinkhasova, and Steven Zakharyayev
mcancienne@jlcfirm.com

Randall A. Pulman on behalf of Defendants GDMN Family Investments 2, LLC, JJC & People LLC, People NQ Inc., and James Goodman
rpulman@pulmanlaw.com, jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com.

        */s/ Davor Rukavina*
        Davor Rukavina, Esq.