Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
Conor P. White, Esq.
Texas Bar No. 24125722
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 4000
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

ATTORNEYS FOR
SCOTT M. SEIDEL, TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>GOODMAN NETWORKS, INC.,<br><br>Debtor. | Case No. 22-31641-mvl-7<br><br>(Chapter 7) |
| SCOTT M. SEIDEL, TRUSTEE, and GNET ATC, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>18920 NW 11th LLC, *et al.*,<br><br>Defendants. | Adv. Proc. No. 23-03072 |
| SCOTT M. SEIDEL, TRUSTEE<br><br>Plaintiff,<br><br>v.<br><br>HUDSON CLEAN ENERGY ENTERPRISES, LLC, *et al.*,<br><br>Defendants. | Adv. Proc. No. 23-03090 |

1

## EXHIBIT LIST FOR HEARING ON FEBRUARY 27, 2025

Scott M. Seidel (the "Trustee"), the duly appointed chapter 7 trustee in the above-styled and captioned bankruptcy case, and plaintiff in the above-styled and numbered adversary proceedings, hereby submit this Exhibit List for the hearing (the "Hearing") currently scheduled for **February 27, 2025, at 9:30 a.m.** in connection with Trustee's *Motion to Compel Written Discovery Responses and Production of Documents from James Goodman, Goodman Investment Holdings, LLC, Genesis Networks Global Services, LLC, People NQ, Inc., JJC & People, LLC, and GDMN Family Investments 2, LLC* [Case No. 23-03072 Docket No. 98; Case No. 23-03090 Docket No. 89] (collectively, the "Motion").

## EXHIBITS

The Trustee designates the following exhibits that may be used at the Hearing:

| No. | Description | MARKED | OFFERED | OBJECT | ADMIT |
|---|---|---|---|---|---|
| 1 | Trustee's Amended Complaint [Case No. 23-03072] | | | | |
| 2 | Trustee's Original Complaint [Case No. 23-03090] | | | | |
| 3 | Trustee's First Set of Requests for Production to Defendant James Goodman | | | | |
| 4 | Trustee's First Set of Interrogatories to Defendant James Goodman | | | | |
| 5 | Trustee's First Set of Requests for Production to Defendant Goodman Investment Holdings, LLC | | | | |
| 6 | Trustee's First Set of Interrogatories to Defendant Goodman Investment Holdings, LLC | | | | |
| 7 | Trustee's First Set of Requests for Production to Defendant Genesis Networks Global Services, LLC | | | | |

2

| No. | Description | MARKED | OFFERED | OBJECT | ADMIT |
|---|---|---|---|---|---|
| 8 | Trustee's First Set of Interrogatories to Defendant Genesis Networks Global Services, LLC | | | | |
| 9 | James Goodman's Objections and Responses to Trustee's First Set of Requests for Production to Defendant James Goodman | | | | |
| 10 | James Goodman's Objections and Responses to Trustee's First Set of Interrogatories to Defendant James Goodman | | | | |
| 11 | Goodman Investment Holdings, LLC's Objections and Responses to Trustee's First Set of Requests for Production to Defendant Goodman Investment Holdings, LLC | | | | |
| 12 | Goodman Investment Holdings, LLC's Objections and Responses to Trustee's First Set of Interrogatories to Defendant Goodman Investment Holdings, LLC | | | | |
| 13 | Genesis Networks Global Services, LLC's Objections and Responses to Trustee's First Set of Requests for Production to Defendant Genesis Networks Global Services, LLC | | | | |
| 14 | Genesis Networks Global Services, LLC's Objections and Responses to Trustee's First Set of Interrogatories to Defendant Genesis Networks Global Services, LLC | | | | |
| 15 | November 8, 2024 letter from Conor White to Randy Pulman regarding discovery | | | | |
| 16 | Trustee's Second Set of Requests for Production to Defendant James Goodman | | | | |
| 17 | Trustee's Second Set of Requests for Production to Defendant People NQ, Inc. | | | | |
| 18 | Trustee's First Second Set of Requests for Production to Defendant JJC & People, LLC | | | | |

4922-9994-8801v.1 013229.00019

| No. | Description | MARKED | OFFERED | OBJECT | ADMIT |
|---|---|---|---|---|---|
| 19 | Trustee's First Second Set of Requests for Production to Defendant GDMN Family Investments 2, LLC | | | | |
| 20 | James Goodman's Responses to Trustee's Second Set of Requests for Production to Defendant James Goodman | | | | |
| 21 | People NQ, Inc's Responses to Trustee's Second Set of Requests for Production to Defendant People NQ, Inc. | | | | |
| 22 | JJC & People, LLC's Responses to Trustee's First Second Set of Requests for Production to Defendant JJC & People, LLC | | | | |
| 23 | GDMN Family Investments 2, LLC's Responses to Trustee's First Second Set of Requests for Production to Defendant GDMN Family Investments 2, LLC | | | | |
| 24 | December 18, 2024 email from Conor White to Anna MacFarlane regarding discovery deficiencies | | | | |
| 25 | Document Production GOODMAN_A-1-00000869-00000918 | | | | |
| 26 | Any exhibit necessary for impeachment or rebuttal | | | | |
| 27 | Any exhibit listed or offered by any other party | | | | |

The Trustee reserves the right to supplement or amend this Exhibit List at any point prior to the Hearing.

4922-9994-8801v.1 013229.00019

RESPECTFULLY SUBMITTED this 24th day of February, 2025.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Conor White*
    Davor Rukavina
    Texas Bar No. 24030781
    Thomas D. Berghman
    Texas Bar No. 24082683
    Conor P. White
    Texas Bar No. 24125722
    500 N. Akard Street, Suite 4000
    Dallas, Texas 75201-6605
    Telephone: (214) 855-7500
    drukavina@munsch.com
    tberghman@munsch.com
    cwhite@munsch.com

*Counsel for Scott M. Seidel, Trustee*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 24th day of February 2025, he caused true and correct copies of the foregoing document to be served via the Court's CM/ECF system on all parties entitled to notice thereby, including on Randall Pulman, counsel for the Defendants.

By: */s/ Conor White*
    Conor P. White

4922-9994-8801v.1 013229.00019