

**From:** Cirone, Vito <vcirone@astfinancial.com>
**Sent:** Thursday, January 27, 2022 10:48:27 AM
**To:** Fry, Matt <Matt.Fry@haynesboone.com>
**Cc:** james.goodman <james.goodman@genesisnet.com>; Newsome, Bruce <Bruce.Newsome@haynesboone.com>; Haden, Mike <Mike.Haden@haynesboone.com>
**Subject:** RE: [EXTERNAL] FW: transfer preferred and common stock

Hi Matt. That's correct we would need to have the medallion, unless the co would provide AST with a request to waive the requirement so long as they provide indemnification?

Would you be able to have someone at the company do this on co letterhead for us to proceed?

Attached is the verbiage.  You can have some of the transfer particulars mentioned and then add the indemnification clause?
I would have to get it approved by my management but it usually goes through with no issues.
The co would have to be comfortable with providing it though.
Thanks!

**VITO CIRONE**
Senior Relationship Manager
Relationship Management
6201 15th Avenue | Brooklyn, NY 11219
**T:** 718.921.8300 ext.6449 **C:** 347.977.3874 **F:** 718.765.8782
**E:** vcirone@astfinancial.com | astfinancial.com

GOODMAN_A-1-00000869

Connect with us on: ☐ ☐ ☐ ☐

NOTICE TO RECIPIENT: The information contained in this e-mail message, together with any attachments thereto, is for the exclusive use of the intended recipient(s) and may contain confidential and/or privileged information. Any use, copying, disclosure or dissemination by a person other than the intended recipient(s) or the taking of any action in reliance upon the information contained in this e-mail or any of the attachments to this e-mail is strictly prohibited. If you are not the intended recipient and have received this message in error, please notify the sender immediately by return e-mail and delete/destroy all copies of this communication. Thank you.

**From:** Fry, Matt <Matt.Fry@haynesboone.com>
**Sent:** Wednesday, January 26, 2022 3:47 PM
**To:** Cirone, Vito <vcirone@astfinancial.com>
**Cc:** james.goodman@genesisnet.com; Newsome, Bruce <Bruce.Newsome@haynesboone.com>; Haden, Mike <Mike.Haden@haynesboone.com>
**Subject:** FW: [EXTERNAL] FW: transfer preferred and common stock

**CAUTION: EXTERNAL EMAIL**
This email originated from outside of the organization.
Do not click links or open attachments unless you recognize the sender and know the content is safe.

Vito,

I just spoke with James Goodman, and he would like to have the attached transfer processed. Can you please review and let James know of any issues (I believe you previously noted that a Medallion stamp was missing).

Thanks,
Matt

**Matthew L. Fry** | Partner
matt.fry@haynesboone.com | (t) +1 214.651.5443 (m) +1 817.917.7055

**From:** james.goodman <james.goodman@genesisnet.com>
**Sent:** Friday, February 28, 2020 9:10 AM
**To:** Cirone, Vito <vcirone@astfinancial.com>
**Cc:** A. Goodman-New cell John <jg8622@goodmannetworks.com>; Rao, Anthony J. <arao@goodmannetworks.com>; Jake Goodman <jake.goodman@genesisnet.com>
**Subject:** [EXTERNAL] FW: transfer preferred and common stock

**CAUTION: EXTERNAL EMAIL**
This email originated from outside of the organization.
Do not click links or open attachments unless you recognize the sender and know the content is safe.

Signed transfer documents.

From: Jake Goodman <jake.goodman@genesisnet.com>
**Date:** Tuesday, January 21, 2020 at 3:59 PM
**To:** James Goodman <james.goodman@genesisnet.com>

GOODMAN_A-1-00000870

**Subject:** Fwd: transfer preferred and common stock

Here you go

**From:** Jake Goodman <jake.goodman7@icloud.com>
**Sent:** Tuesday, January 21, 2020 3:59:18 PM
**To:** Jake Goodman <jake.goodman@genesisnet.com>
**Subject:** Re: transfer preferred and common stock

On Jan 21, 2020, at 3:33 PM, Jake Goodman <jake.goodman@genesisnet.com> wrote:

**From:** james.goodman <james.goodman@genesisnet.com>
**Sent:** Friday, January 17, 2020 8:41:18 PM
**To:** Jake Goodman <jake.goodman@genesisnet.com>
**Cc:** James <James@genesisnet.com>; james.goodman <james.goodman@genesisnet.com>
**Subject:** FW: transfer preferred and common stock

From: "A. Goodman-New cell John" <jg8622@goodmannetworks.com>
**Date:** Tuesday, December 31, 2019 at 3:41 PM
**To:** James Goodman <james.goodman@genesisnet.com>
**Subject:** transfer preferred and common stock

James
I filled out the documents to send to ATS to transfer the remaining preferred and common to JJC & People LLC.
John
CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or
retained only by the intended recipient. If you have received this transmission in error, please immediately notify the
sender and delete it from your system.

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential,
may be privileged and should be read or retained only by the intended
recipient. If you have received this transmission in error, please
immediately notify the sender and delete it from your system.

GOODMAN_A-1-00000871

| | |
|---|---|
| **From:** | Cathy Kincy |
| **To:** | james.goodman |
| **Subject:** | Finalizing ▮▮ |
| **Date:** | Thursday, May 12, 2022 11:31:17 AM |
| **Attachments:** | 1. Letter of Explanation Share Purchase and Funds.pdf |

James:

Just for your record attached is the "letter of explanation" I provided to ▮▮▮▮▮▮ Tuesday evening regarding the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ The letter satisfied the underwriting teams concern regarding both and allowed for them to move forward with a "Clear to Close"

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

-ck

GOODMAN_A-1-00000872

# BTH Bank

P.O. Box 7220
Tyler, TX 75711

**RETURN SERVICE REQUESTED**

JAMES E GOODMAN
103 TOMAHAWK TRL
SAN ANTONIO TX 78232-3611

## Statement Ending 03/15/2022

James E Goodman — Page 1 of 4
Customer Number: XXXXXXXX9852

### Managing Your Accounts

| | | |
|---|---|---|
| 📱 | Dallas Banking Center | 214-363-2265 |
| 💻 | Website | www.bthbank.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Classic Checking | XXXXXXXX9852 | ▇▇▇▇ |

Talk to a banker about our customer beneficial accounts!

**BTH Bank**

Member FDIC

## Classic Checking-XXXXXXXX9852

### Account Summary

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

### Other Debits

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇



Member **FDIC**

## How To Balance Your Account

**Step 1**
- Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
- Record all automated deductions, debit card transactions and electronic bill payments.
- Record and deduct service charges, check printing charges, and other bank fees.
- If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** · If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** · List any deposits or credits you have made that do not appear on this statement (See space provided below).

**Step 4** · List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total |  | $ |

### Balancing Your Register To This Statement

| Step 5 |  |
|---|---|
| Enter the "current balance" shown on this statement. |  |
| Add total from Step 3. |  |
| Subtotal |  |
| Subtract total from Step 4. |  |
| This balance should equal your register balance. |  |
| If it does not agree, see steps below. | $ |

If your account does not balance, review the following. Compare all your addition and subtraction above to your account register. Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register. Amounts of deposits and withdrawals on this statement should match your register entries. If you have questions or need assistance, please contact customer service.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFER

If you need more information about an electronic transfer appearing on this statement, or if you think your statement or receipt is wrong, please telephone or write us as soon as possible at the phone number designated below. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).

(2) To better assist us in researching your request, please describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you would like to confirm that an automatic deposit to your account has been made as scheduled, you may call us during normal business hours at the phone number designated below.

### Reporting Other Problems

Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors, or unauthorized transactions within the time periods specified in the Terms and Conditions of Your Account, we are not liable to you for any loss related to the problem, error, or unauthorized transaction.

### Change Of Address

Please contact customer service to tell us about a change of address.

| Customer Service: | Telephone: | 800-947-0142 |
|---|---|---|
|  | Address: | PO Box 7220<br>Tyler, TX 75711 |
|  | Website: | www.bthbank.com |
|  | Email: | support@bthbank.com |

## Classic Checking-XXXXXXXX9852 (continued)

**Daily Balances**

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| ███ | ███ | ███ | ███ |

**Overdraft and Returned Item Fees**

|  | Total for this period | Total year-to-date |
|--|----------------------|--------------------|
| Total Overdraft Fees | ███ | ███ |
| Total Returned Item Fees | ███ | ███ |

This page left intentionally blank

GOODMAN_A-1-00000876


## BTH Bank
P.O. Box 7220
Tyler, TX 75711

**RETURN SERVICE REQUESTED**

JAMES E GOODMAN
103 TOMAHAWK TRL
SAN ANTONIO TX 78232-3611

### Statement Ending 04/19/2022

James E Goodman                                    Page 1 of 6
Customer Number: XXXXXXXX9852

### Managing Your Accounts

| | Dallas Banking Center | 214-363-2265 |
| | Website | www.bthbank.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|



Talk to a banker about our
customer beneficial accounts!

**BTH Bank**

## Classic Checking-XXXXXXXX9852

### Account Summary

| Date | Description | Amount | Description | Amount |
|---|---|---|---|---|

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 03/22/2022 | Wire Trf Deposit | $10,000,000.00 |
| | 18920 NW 11TH LLC Wires | |


**Member FDIC**
EQUAL HOUSING LENDER

## How To Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
 • Record all automated deductions, debit card transactions and electronic bill payments.
 • Record and deduct service charges, check printing charges, and other bank fees.
 • If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits you have made that do not appear on this statement (See space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Step 4 Total | $ |

### Balancing Your Register To This Statement

| Step 5 |  |
|---|---|
| Enter the "current balance" shown on this statement. |  |
| Add total from Step 3. |  |
| Subtotal |  |
| Subtract total from Step 4. |  |
| This balance should equal your register balance. |  |
| If it does not agree, see steps below. | $ |

If your account does not balance, review the following. Compare all your addition and subtraction above to your account register. Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register. Amounts of deposits and withdrawals on this statement should match your register entries. If you have questions or need assistance, please contact customer service.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFER

If you need more information about an electronic transfer appearing on this statement, or if you think your statement or receipt is wrong, please telephone or write us as soon as possible at the phone number designated below. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).

(2) To better assist us in researching your request, please describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you would like to confirm that an automatic deposit to your account has been made as scheduled, you may call us during normal business hours at the phone number designated below.

### Reporting Other Problems

Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors, or unauthorized transactions within the time periods specified in the Terms and Conditions of Your Account, we are not liable to you for any loss related to the problem, error, or unauthorized transaction.

### Change Of Address

Please contact customer service to tell us about a change of address.

| **Customer Service:** | **Telephone:** | **800-947-0142** |
|---|---|---|
|  | **Address:** | **PO Box 7220**<br>**Tyler, TX 75711** |
|  | **Website:** | **www.bthbank.com** |
|  | **Email:** | **support@bthbank.com** |

James E Goodman                  XXXXXXXX9852          Statement Ending 04/19/2022                    Page 3 of 6

## Classic Checking-XXXXXXXX9852 (continued)

### Electronic Debits

| Date | Description | Amount |
|------|-------------|--------|
| 03/22/2022 | Wire Trf Fee<br>18920 NW 11TH LLC Wires | $5.00 |

### Other Debits

| Date | Description | Amount |
|------|-------------|--------|

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|-----------|------|--------|-----------|------|--------|

* indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|

GOODMAN_A-1-00000879

## Classic Checking-XXXXXXXX9852 (continued)

**Overdraft and Returned Item Fees**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees |  |  |
| Total Returned Item Fees |  |  |

James E Goodman                XXXXXXXX9852          Statement Ending 04/19/2022                Page 5 of 6



GOODMAN_A-1-00000881

James E Goodman    XXXXXXXX9852    Statement Ending 04/19/2022

This page left intentionally blank

GOODMAN_A-1-00000882



P.O. Box 7220
Tyler, TX 75711

**RETURN SERVICE REQUESTED**

JAMES E GOODMAN
103 TOMAHAWK TRL
SAN ANTONIO TX 78232-3611

## *Statement Ending 05/17/2022*

James E Goodman                                     Page 1 of 4
**Customer Number: XXXXXXXX9852**

### Managing Your Accounts

| | | |
|---|---|---|
| 📱 | Dallas Banking Center | 214-363-2265 |
| 💻 | Website | www.bthbank.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Classic Checking | | |

Talk to a banker about our customer beneficial accounts!

**BTH Bank**

Member FDIC

## Classic Checking-XXXXXXXX9852

### Account Summary

| Date | Description | Amount | Description | Amount |
|---|---|---|---|---|
| | | | | |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|



Member FDIC

EQUAL HOUSING LENDER

## How To Balance Your Account

Step 1 • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
- Record all automated deductions, debit card transactions and electronic bill payments.
- Record and deduct service charges, check printing charges, and other bank fees.
- If you have an interest bearing account, add any interest earned shown on this statement.

Step 2 • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

Step 3 • List any deposits or credits you have made that do not appear on this statement (See space provided below).

Step 4 • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|------------------|--------|
|                  |        |
|                  |        |
|                  |        |
|                  |        |
|                  |        |
| Step 3 Total     | $      |

| Date/Description | Check # | Amount |
|------------------|---------|--------|
|                  |         |        |
|                  |         |        |
|                  |         |        |
|                  |         |        |
|                  |         |        |
|                  |         |        |
| Step 4 Total     |         | $      |

### Balancing Your Register To This Statement

| Step 5 | |
|--------|--|
| Enter the "current balance" shown on this statement. | |
| Add total from Step 3. | |
| Subtotal | |
| Subtract total from Step 4. | |
| This balance should equal your register balance. | |
| If it does not agree, see steps below. | $ |

If your account does not balance, review the following. Compare all your addition and subtraction above to your account register. Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register. Amounts of deposits and withdrawals on this statement should match your register entries. If you have questions or need assistance, please contact customer service.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFER

If you need more information about an electronic transfer appearing on this statement, or if you think your statement or receipt is wrong, please telephone or write us as soon as possible at the phone number designated below. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

> (1) Tell us your name and account number (if any).
>
> (2) To better assist us in researching your request, please describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
>
> (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you would like to confirm that an automatic deposit to your account has been made as scheduled, you may call us during normal business hours at the phone number designated below.

### Reporting Other Problems

Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors, or unauthorized transactions within the time periods specified in the Terms and Conditions of Your Account, we are not liable to you for any loss related to the problem, error, or unauthorized transaction.

### Change Of Address

Please contact customer service to tell us about a change of address.

**Customer Service:**

| Telephone: | 800-947-0142 |
| Address: | PO Box 7220<br>Tyler, TX 75711 |
| Website: | www.bthbank.com |
| Email: | support@bthbank.com |

James E Goodman                    XXXXXXXX9852          Statement Ending 05/17/2022                    Page 3 of 4

## Classic Checking-XXXXXXXX9852 (continued)

**Electronic Debits (continued)**

| Date | Description | Amount |
|------|-------------|--------|



**Daily Balances**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|

**Overdraft and Returned Item Fees**

|  | Total for this period | Total year-to-date |
|--|-----------------------|--------------------|
| Total Overdraft Fees |  |  |
| Total Returned Item Fees |  |  |

Appx.0391                              GOODMAN_A-1-00000885

This page left intentionally blank

GOODMAN_A-1-00000886

# BTH Bank

P.O. Box 7220
Tyler, TX 75711

**RETURN SERVICE REQUESTED**

JAMES E GOODMAN
103 TOMAHAWK TRL
SAN ANTONIO TX 78232-3611

## Statement Ending 06/21/2022

James E Goodman                          Page 1 of 8
Customer Number: XXXXXXXX9852

### Managing Your Accounts

| | Dallas Banking Center | 214-363-2265 |
| --- | --- | --- |
| | Website | www.bthbank.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
| --- | --- | --- |
| Classic Checking | | |



Talk to a banker about our customer beneficial accounts!

**BTH Bank**

Member FDIC

## Classic Checking-XXXXXXXX9852

### Account Summary

| Date | Description | Amount |
| --- | --- | --- |

### Interest Summary

| Description | Amount |
| --- | --- |

### Deposits

| Date | Description | Amount |
| --- | --- | --- |



Member FDIC
EQUAL HOUSING LENDER

Appx.0393                          GOODMAN_A-1-00000887

## How To Balance Your Account

Step 1   • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
      • Record all automated deductions, debit card transactions and electronic bill payments.
      • Record and deduct service charges, check printing charges, and other bank fees.
      • If you have an interest bearing account, add any interest earned shown on this statement.

Step 2   • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

Step 3   • List any deposits or credits you have made that do not appear on this statement (See space provided below).

Step 4   • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total | | $ |

## Balancing Your Register To This Statement

| Step 5 | |
|---|---|
| Enter the "current balance" shown on this statement. | |
| Add total from Step 3. | |
| Subtotal | |
| Subtract total from Step 4. | |
| This balance should equal your register balance. | |
| If it does not agree, see steps below. | $ |

If your account does not balance, review the following. Compare all your addition and subtraction above to your account register. Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register. Amounts of deposits and withdrawals on this statement should match your register entries. If you have questions or need assistance, please contact customer service.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFER

If you need more information about an electronic transfer appearing on this statement, or if you think your statement or receipt is wrong, please telephone or write us as soon as possible at the phone number designated below. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

      (1) Tell us your name and account number (if any).

      (2) To better assist us in researching your request, please describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.

      (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you would like to confirm that an automatic deposit to your account has been made as scheduled, you may call us during normal business hours at the phone number designated below.

### Reporting Other Problems

Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors, or unauthorized transactions within the time periods specified in the Terms and Conditions of Your Account, we are not liable to you for any loss related to the problem, error, or unauthorized transaction.

### Change Of Address

Please contact customer service to tell us about a change of address.

| Customer Service: | Telephone: | 800-947-0142 |
|---|---|---|
|  | Address: | PO Box 7220 |
|  |  | Tyler, TX 75711 |
|  | Website: | www.bthbank.com |
|  | Email: | support@bthbank.com |

GOODMAN_A-1-00000888

## Classic Checking-XXXXXXXX9852 (continued)

**Deposits (continued)**

| Date | Description | Amount |
|------|-------------|--------|

**Electronic Debits**

| Date | Description | Amount |
|------|-------------|--------|

GOODMAN_A-1-00000889

## Classic Checking-XXXXXXXX9852 (continued)

**Electronic Debits (continued)**

| Date | Description | Amount |
|------|-------------|--------|

James E Goodman    XXXXXXXX9852    Statement Ending 06/21/2022    Page 5 of 8

## Classic Checking-XXXXXXXX9852 (continued)

**Electronic Debits (continued)**

| Date | Description | Amount |
|------|-------------|--------|

GOODMAN_A-1-00000891

## Classic Checking-XXXXXXXX9852 (continued)

**Electronic Debits (continued)**

| Date | Description | Amount |
|------|-------------|--------|



**Daily Balances**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|

GOODMAN_A-1-00000892

## Classic Checking-XXXXXXXX9852 (continued)

**Overdraft and Returned Item Fees**

|  | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** |  |  |
| **Total Returned Item Fees** |  |  |

GOODMAN_A-1-00000893

James E Goodman                    XXXXXX9852         Statement Ending 06/21/2022                    Page 8 of 8

This page left intentionally blank

GOODMAN_A-1-00000894

# BTH Bank

P.O. Box 7220
Tyler, TX 75711

**RETURN SERVICE REQUESTED**

JAMES E GOODMAN
103 TOMAHAWK TRL
SAN ANTONIO TX 78232-3611

## Statement Ending 07/19/2022

James E Goodman                                           Page 1 of 6
Customer Number: XXXXXXXX9852

### Managing Your Accounts

| | Dallas Banking Center | 214-363-2265 |
| | Website | www.bthbank.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Classic Checking | | |



## Classic Checking-XXXXXXXX9852

### Account Summary

| Date | Description | Amount |
|---|---|---|
| | | |

### Interest Summary

| Description | Amount |
|---|---|
| | |

### Deposits

| Date | Description | Amount |
|---|---|---|
| | | |


Member FDIC

## How To Balance Your Account

Step 1
- Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
- Record all automated deductions, debit card transactions and electronic bill payments.
- Record and deduct service charges, check printing charges, and other bank fees.
- If you have an interest bearing account, add any interest earned shown on this statement.

Step 2
- If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

Step 3
- List any deposits or credits you have made that do not appear on this statement (See space provided below).

Step 4
- List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total | | $ |

## Balancing Your Register To This Statement

| Step 5 | |
|---|---|
| Enter the "current balance" shown on this statement. |  |
| Add total from Step 3. |  |
| Subtotal |  |
| Subtract total from Step 4. |  |
| This balance should equal your register balance. |  |
| If it does not agree, see steps below. | $ |

If your account does not balance, review the following. Compare all your addition and subtraction above to your account register. Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register. Amounts of deposits and withdrawals on this statement should match your register entries. If you have questions or need assistance, please contact customer service.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFER

If you need more information about an electronic transfer appearing on this statement, or if you think your statement or receipt is wrong, please telephone or write us as soon as possible at the phone number designated below. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).

(2) To better assist us in researching your request, please describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you would like to confirm that an automatic deposit to your account has been made as scheduled, you may call us during normal business hours at the phone number designated below.

## Reporting Other Problems

Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors, or unauthorized transactions within the time periods specified in the Terms and Conditions of Your Account, we are not liable to you for any loss related to the problem, error, or unauthorized transaction.

## Change Of Address

Please contact customer service to tell us about a change of address.

| Customer Service: | Telephone: | 800-947-0142 |
|---|---|---|
|  | Address: | PO Box 7220 Tyler, TX 75711 |
|  | Website: | www.bthbank.com |
|  | Email: | support@bthbank.com |

James E Goodman                XXXXXXXX9852        Statement Ending 07/19/2022                Page 3 of 6

## Classic Checking-XXXXXXXX9852 (continued)

**Deposits (continued)**

| Date | Description | Amount |
|------|-------------|--------|

**Electronic Credits**

| Date | Description | Amount |
|------|-------------|--------|

**Electronic Debits**

| Date | Description | Amount |
|------|-------------|--------|

## Classic Checking-XXXXXXXX9852 (continued)

**Electronic Debits (continued)**

| Date | Description | Amount |
|------|-------------|--------|

GOODMAN_A-1-00000898

## Classic Checking-XXXXXXXX9852 (continued)

**Electronic Debits (continued)**

Date        Description                                                                Amount



**Daily Balances**

Date                    Amount    Date                    Amount    Date                    Amount

## Classic Checking-XXXXXXXX9852 (continued)

**Overdraft and Returned Item Fees**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees |  |  |
| Total Returned Item Fees |  |  |

# BTH Bank

P.O. Box 7220
Tyler, TX 75711

**RETURN SERVICE REQUESTED**

JAMES E GOODMAN
103 TOMAHAWK TRL
SAN ANTONIO TX 78232-3611

## Statement Ending 08/16/2022

James E Goodman                                    Page 1 of 6
Customer Number: XXXXXXXX9852

### Managing Your Accounts

| | Dallas Banking Center | 214-363-2265 |
| | Website | www.bthbank.com |



## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Classic Checking | | |

## Classic Checking-XXXXXXXX9852

**Account Summary**

| Date | Description | Amount | Description | Amount |
|---|---|---|---|---|

**Interest Summary**

**Deposits**

| Date | Description | | | Amount |
|---|---|---|---|---|


Member FDIC

## How To Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
- Record all automated deductions, debit card transactions and electronic bill payments.
- Record and deduct service charges, check printing charges, and other bank fees.
- If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort check in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits you have made that do not appear on this statement (See space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total |  | $ |

### Balancing Your Register To This Statement

| Step 5 |  |
|---|---|
| Enter the "current balance" shown on this statement. |  |
| Add total from Step 3. |  |
| Subtotal |  |
| Subtract total from Step 4. |  |
| This balance should equal your register balance. |  |
| If it does not agree, see steps below. | $ |

If your account does not balance, review the following. Compare all your addition and subtraction above to your account register. Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register. Amounts of deposits and withdrawals on this statement should match your register entries. If you have questions or need assistance, please contact customer service.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFER

If you need more information about an electronic transfer appearing on this statement, or if you think your statement or receipt is wrong, please telephone or write us as soon as possible at the phone number designated below. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).

(2) To better assist us in researching your request, please describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you would like to confirm that an automatic deposit to your account has been made as scheduled, you may call us during normal business hours at the phone number designated below.

### Reporting Other Problems

Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors, or unauthorized transactions within the time periods specified in the Terms and Conditions of Your Account, we are not liable to you for any loss related to the problem, error, or unauthorized transaction.

### Change Of Address

Please contact customer service to tell us about a change of address.

| Customer Service: | Telephone: | 800-947-0142 |
|---|---|---|
|  | Address: | PO Box 7220 Tyler, TX 75711 |
|  | Website: | www.bthbank.com |
|  | Email: | support@bthbank.com |

## Classic Checking-XXXXXXXX9852 (continued)

**Deposits (continued)**

| Date | Description | Amount |
|------|-------------|--------|

**Electronic Credits**

| Date | Description | Amount |
|------|-------------|--------|

**Electronic Debits**

| Date | Description | Amount |
|------|-------------|--------|



GOODMAN_A-1-00000903

## Classic Checking-XXXXXXXX9852 (continued)

**Electronic Debits (continued)**

| Date | Description | Amount |
|------|-------------|--------|

GOODMAN_A-1-00000904

James E Goodman                    XXXXXXXX9852              Statement Ending 08/16/2022                    Page 5 of 6

## Classic Checking-XXXXXXXX9852 (continued)

**Electronic Debits (continued)**

| Date | Description | Amount |
|------|-------------|--------|
|      |             |        |

**Checks Cleared**

| Check Nbr | Date | Amount |
|-----------|------|--------|
|           |      |        |

\* Indicates skipped check number

**Daily Balances**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |

**Overdraft and Returned Item Fees**

|                          | Total for this period | Total year-to-date |
|--------------------------|-----------------------|--------------------|
| Total Overdraft Fees     |                       |                    |
| Total Returned Item Fees |                       |                    |

GOODMAN_A-1-00000906

# BTH Bank

P.O. Box 7220
Tyler, TX 75711

**RETURN SERVICE REQUESTED**

JAMES E GOODMAN
103 TOMAHAWK TRL
SAN ANTONIO TX 78232-3611

## Statement Ending 09/20/2022

James E Goodman                                     Page 1 of 8
Customer Number: XXXXXXXX9852

### Managing Your Accounts

| | Dallas Banking Center | 214-363-2265 |
| | Website | www.bthbank.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Classic Checking | | |



## Classic Checking-XXXXXXXX9852

### Account Summary

| Date | Description | Amount |
|---|---|---|

### Interest Summary

| Description | Amount |
|---|---|

### Deposits

| Date | Description | Amount |
|---|---|---|



Member
**FDIC**

## How To Balance Your Account

Step 1  • Enter all checks, deposits, and other automated teller
        card (ATM) transactions in your register.
        • Record all automated deductions, debit card
          transactions and electronic bill payments.
        • Record and deduct service charges, check printing
          charges, and other bank fees.
        • If you have an interest bearing account, add any
          interest earned shown on this statement.
Step 2  • If applicable, sort checks in numerical order and mark
        in your register each check or other transaction that is
        listed on this statement.
Step 3  • List any deposits or credits you have made that do not
        appear on this statement (See space provided below).
Step 4  • List any checks you have written, debit card
        transactions, electronic payments and other
        deductions that do not appear on this statement (see
        space provided below).

| Date/Description | | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Step 3 Total | $ | |

| Date/Description | Check # | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Step 4 Total | | $ |

### Balancing Your Register To This Statement

| Step 5 | |
|---|---|
| Enter the "current balance" shown on this statement. | |
| Add total from Step 3. | |
| Subtotal | |
| Subtract total from Step 4. | |
| This balance should equal your register balance. | |
| If it does not agree, see steps below. | $ |

If your account does not balance, review the following.
Compare all your addition and subtraction above to your account
register. Make sure you remembered to subtract service charges
listed on this statement and add any interest earned to your register.
Amounts of deposits and withdrawals on this statement should
match your register entries. If you have questions or need
assistance, please contact customer service.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFER

If you need more information about an electronic transfer appearing on this statement,
or if you think your statement or receipt is wrong, please telephone or write us as
soon as possible at the phone number designated below. We must hear from you no
later than 60 days after we sent you the FIRST statement on which the error or problem
appeared.

    (1) Tell us your name and account number (if any).

    (2) To better assist us in researching your request, please describe the error
        or the transfer you are unsure about and explain as clearly as you can
        why you believe there is an error or why you need more information.

    (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more
than 10 business days to do this, we will credit your account the amount you think is
in error, so that you will have use of the money during the time it takes us to complete
our investigation.

If you would like to confirm that an automatic deposit to your account has been made
as scheduled, you may call us during normal business hours at the phone number
designated below.

### Reporting Other Problems

Please review your statement carefully. It is essential that any account errors or any
improper transactions on your account be reported to us as soon as reasonably
possible. If you fail to notify us of any suspected problems, errors, or unauthorized
transactions within the time periods specified in the Terms and Conditions of Your
Account, we are not liable to you for any loss related to the problem, error, or
unauthorized transaction.

### Change Of Address

Please contact customer service to tell us about a change of address.

| Customer Service: | Telephone: | 800-947-0142 |
|---|---|---|
| | Address: | PO Box 7220 |
| | | Tyler, TX 75711 |
| | Website: | www.bthbank.com |
| | Email: | support@bthbank.com |

## Classic Checking-XXXXXXXX9852 (continued)

### Deposits (continued)

| Date | Description | Amount |
|------|-------------|--------|

### Electronic Credits

| Date | Description | Amount |
|------|-------------|--------|

### Electronic Debits

| Date | Description | Amount |
|------|-------------|--------|

GOODMAN_A-1-00000909

## Classic Checking-XXXXXXX9852 (continued)

**Electronic Debits (continued)**

| Date | Description | Amount |
|------|-------------|--------|

James E Goodman                    XXXXXXXX9852          Statement Ending 09/20/2022                    Page 5 of 8

## Classic Checking-XXXXXXXX9852 (continued)

**Electronic Debits (continued)**

Date        Description                                                                                    Amount

GOODMAN_A-1-00000911

## Classic Checking-XXXXXXXX9852 (continued)

**Other Debits**

| Date | Description | Amount |
|------|-------------|--------|
|      |             |        |

**Checks Cleared**

| Check Nbr | Date | Amount |
|-----------|------|--------|
|           |      |        |

* Indicates skipped check number

**Daily Balances**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |

**Overdraft and Returned Item Fees**

|                          | Total for this period | Total year-to-date |
|--------------------------|-----------------------|--------------------|
| Total Overdraft Fees     |                       |                    |
| Total Returned Item Fees |                       |                    |

XXXXXXXX9852

 GOODMAN_A-1-00000913

This page left intentionally blank

GOODMAN_A-1-00000914

# BTH Bank

P.O. Box 7220
Tyler, TX 75711

**RETURN SERVICE REQUESTED**

JAMES E GOODMAN
103 TOMAHAWK TRL
SAN ANTONIO TX 78232-3611

## Statement Ending 10/10/2022

*James E Goodman*      Page 1 of 4
**Customer Number: XXXXXXXX9852**

### Managing Your Accounts

| | | |
|---|---|---|
| 📱 | Dallas Banking Center | 214-363-2265 |
| 💻 | Website | www.bthbank.com |

---

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Classic Checking | ▉▉▉▉▉▉▉▉▉▉ | |

## Classic Checking-XXXXXXXX9852

| Account Summary | | | Interest Summary | |
|---|---|---|---|---|
| Date | Description | Amount | Description | Amount |
| | | | | |

### Deposits
| Date | Description | Amount |
|---|---|---|
| | | |

### Electronic Debits
| Date | Description | Amount |
|---|---|---|
| | | |



Member **FDIC**
EQUAL HOUSING LENDER

## How To Balance Your Account

Step 1   •  Enter all checks, deposits, and other automated teller
            card (ATM) transactions in your register.
          •  Record all automated deductions, debit card
            transactions and electronic bill payments.
          •  Record and deduct service charges, check printing
            charges, and other bank fees.
          •  If you have an interest bearing account, add any
            interest earned shown on this statement.

Step 2   •  If applicable, sort checks in numerical order and mark
            in your register each check or other transaction that is
            listed on this statement.

Step 3   •  List any deposits or credits you have made that do not
            appear on this statement (See space provided below).

Step 4   •  List any checks you have written, debit card
            transactions, electronic payments and other
            deductions that do not appear on this statement (see
            space provided below).

| Date/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Step 4 Total | | $ |

### Balancing Your Register To This Statement

| Step 5 | |
|---|---|
| Enter the "current balance" shown on this statement. | |
| Add total from Step 3. | |
| Subtotal | |
| Subtract total from Step 4. | |
| This balance should equal your register balance. | |
| If it does not agree, see steps below. | $ |

If your account does not balance, review the following.
Compare all your addition and subtraction above to your account
register. Make sure you remembered to subtract service charges
listed on this statement and add any interest earned in your register.
Amounts of deposits and withdrawals on this statement should
match your register entries. If you have questions or need
assistance, please contact customer service.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFER

If you need more information about an electronic transfer appearing on this statement,
or if you think your statement or receipt is wrong, please telephone or write us as
soon as possible at the phone number designated below. We must hear from you no
later than 60 days after we sent you the FIRST statement on which the error or problem
appeared.

    (1) Tell us your name and account number (if any).

    (2) To better assist us in researching your request, please describe the error
        or the transfer you are unsure about and explain as clearly as you can
        why you believe there is an error or why you need more information.

    (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more
than 10 business days to do this, we will credit your account the amount you think is
in error, so that you will have use of the money during the time it takes us to complete
our investigation.

If you would like to confirm that an automatic deposit to your account has been made
as scheduled, you may call us during normal business hours at the phone number
designated below.

### Reporting Other Problems

Please review your statement carefully. It is essential that any account errors or any
improper transactions on your account be reported to us as soon as reasonably
possible. If you fail to notify us of any suspected problems, errors, or unauthorized
transactions within the time periods specified in the Terms and Conditions of Your
Account, we are not liable to you for any loss related to the problem, error, or
unauthorized transaction.

### Change Of Address

Please contact customer service to tell us about a change of address.

| Customer Service: | Telephone: | 800-947-0142 |
|---|---|---|
| | Address: | PO Box 7220 Tyler, TX 75711 |
| | Website: | www.bthbank.com |
| | Email: | support@bthbank.com |

James E Goodman                    XXXXXXXX9852          Statement Ending 10/10/2022                    Page 3 of 4

## Classic Checking-XXXXXXXX9852 (continued)

**Electronic Debits (continued)**

Date          Description                                                                              Amount



**Daily Balances**

Date                    Amount   Date                              Amount   Date                    Amount

**Overdraft and Returned Item Fees**

|                          | Total for this period | Total year-to-date |
|--------------------------|-----------------------|--------------------|
| Total Overdraft Fees     |                       |                    |
| Total Returned Item Fees |                       |                    |

GOODMAN_A-1-00000918